FERNANDO DAROSA VS. KAISER FOUNDATION HEALTH PLAN
CASE: C-07-3114 BZ

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me ¹ | DATE 8-22-07  12:00PM |
| Name of SERVER  THERESA REYES | TITLE CALIFORNIA REGISTERED PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

[x] Served Personally upon the Defendant. Place where served: KAISER FOUNDATION HEALTH PLAN 1 KAISER PLAZA, 22ND FLOOR, OAKLAND, CA 94612

[x] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: DOUG COASTES, LEGAL ADM. ASSISTANT, AUTHORIZED TO ACCEPT ON BEHALF OF KAISER FOUNDATION HEALTH PLAN

[ ] Returned unexecuted:

[ ] Other *(specify):*

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-24-07
Date

Signature of Server
THERESA SCOTT

Address of Server

2025 GATEWAY PLACE, SUITE 330
SAN JOSE, CA 95110
408-441-7000
ALAMEDA REG#778

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure