1  JEREMY L. FRIEDMAN, CA Bar No. 142659
   Attorney At Law
2  2801 Sylhowe Road
   Oakland, CA 94602
3  Telephone: (510) 530-9060
   Facsimile: (510) 530-9087
4
   Attorney for plaintiff Fernando daRosa
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FERNANDO DAROSA, | Case No. 3:07-cv-03114-BZ |
|---|---|
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |
| KAISER FOUNDATION HEALTH PLAN, INC. | |
| Defendant. | |

    Plaintiff Fernando daRosa applies for an order continuing the initial status (pretrial scheduling) conference, in order to provide the parties with additional time to meet, confer and prepare their status reports. In consideration of that application, and for good cause showing, plaintiff's application is GRANTED, and the initial status conference in this case is continued approximately 45 days. The new date for that conference shall be November 19, 2007, at 4:00 p.m.

IT IS SO ORDERED.

Dated: August 2, 2007

_____
Hon. Bernard Zimmerman
United States Magistrate Judge