**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
————————
www.cand.uscourts.gov

Richard W. Wieking                                        General Court Number
Clerk                                                           415.522.2000

**September 10, 2007**

**CASE NUMBER:  CV 07-03114 BZ**
**CASE TITLE:  FERNANDO DAROSA-v-KAISER FOUNDATION HEALTH PLAN, INC.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable SUSAN ILLSTON** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SI** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 09/10/07

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
                                                                  Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                   Special Projects
Log Book Noted                                        Entered in Computer 09/10/07 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                Transferor CSA