IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FERNANDO DAROSA,   No. C 07-03114 SI

       Plaintiff,   **NOTICE**

  v.

KAISER FOUNDATION HEALTH PLAN, INC.,

       Defendant.
_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference shall occur on Friday, November 16, 2007, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Dated: September 14, 2007    RICHARD W. WIEKING, Clerk

 

Tracy Sutton
Deputy Clerk