# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Darosa,<br><br>    Plaintiff(s),<br><br> v.<br><br>Kaiser Foundation Health Plan, Inc.,<br><br>    Defendant(s). | 07-03114 SI<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

  The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

  Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-03114 SI          -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: October 31, 2007

                                      RICHARD W. WIEKING
                                      Clerk
                                      by:    Timothy J. Smagacz

                                      _____
                                      ADR Administrative Assistant
                                      415-522-4205
                                      Tim_Smagacz@cand.uscourts.gov

(left margin) **United States District Court / Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-03114 SI                                              -2-

PROOF OF SERVICE

Case Name:		Darosa v. Kaiser Foundation Health Plan, Inc.

Case Number:	07-03114 SI

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On October 31, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Jeremy L. Friedman
> Attorney at Law
> 2801 Sylhowe Road
> Oakland, CA 94602
> jlfried@comcast.net
>
> Jonathan David Martin
> Seyfarth Shaw LLP
> 560 Mission Street
> Suite 3100
> San Francisco, CA 94105
> jmartin@seyfarth.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 31, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov