1  SEYFARTH SHAW LLP
   Dana L. Peterson (SBN 178499) dpeterson@seyfarth.com
2  Jonathan D. Martin (SBN 188744) jmartin@seyfarth.com
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendant
   KAISER FOUNDATION HEALTH PLAN, INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| FERNANDO DAROSA, | ) Case No. C07-03114 SI |
|---|---|
| Plaintiff, | ) **DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | ) |
| KAISER FOUNDATION HEALTH PLAN, INC., | ) **[Civ. L. R. 3-16]** |
| Defendant. | ) |

Defendant KAISER FOUNDATION HEALTH PLAN, INC. ("Defendant") hereby submits the foregoing Certification of Interested Entities or Persons.

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Defendant is part of the Kaiser Permanente healthcare system. Other entities are associated with Defendant in that they are also part of the Kaiser Permanente healthcare system. However, neither the named defendant, nor any of the other associated entities, are publicly-held

DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS – CASE NO. C07-03114 SI

1  companies. No entity other than an entity that is part of the Kaiser Permanente healthcare
2  system has any financial interest in the outcome of this litigation.
3  DATED: November 8, 2007                    SEYFARTH SHAW LLP
4
5                                              By _____
6                                                  Jonathan D. Martin
7                                              Attorneys for Defendant
                                                KAISER FOUNDATION HEALTH PLAN,
8                                               INC.

28  SF1 28307195.1

2
DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS – CASE NO. C07-03114 SI

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, California 94105. On November 8, 2007, I served the within documents:

**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

☐ I sent such document from facsimile machine (415) 397-8549 on November 8, 2007. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (415) 397-8549 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at San Francisco, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

Jeremy L. Friedman
Attorney at Law
2801 Sylhowe Road
Oakland, California 94602
Telephone:   (510) 530-9060
Facsimile:   (510) 530-9087

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on November 8, 2007, at San Francisco, California.

_Denise L. Quintana_
Denise L. Quintana