**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 11/16/07

Case No.   C-07-3114 SI          Judge:   SUSAN ILLSTON

Title: FERNANDO DAROSA  -v- KAISER FOUNDATION

Attorneys: Friedman          Martin

Deputy Clerk:  Tracy Sutton   Court Reporter:

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                 PART

Case continued to **2/15/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **10/31/08    @ 9:00 a.m.**  for Motions
(Motion due **9/5/08**, Opposition **10/3/08** Reply **10/17/08** )

Case continued to **1/13/09    @ 3:30 p.m.**  for Pretrial Conference
(PRETRIAL PAPERS DUE 12/23/08)

Case continued to **1/26/09    @ 8:30 a.m.**  for Trial (jury:  Days)
Discovery Cutoff: 8/29/08  Designate Medical Experts by: 8/8/08, Non Medical Experts by: 11/10/08,
Expert Discovery Cutoff: 12/12/08

ORDERED AFTER HEARING:
The ENE session shall occur within 90 days

cc: ADR

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL PRETRIAL MINUTES</u>

Date: <u>11/16/07</u>

Case No.   <u>C-07-3114 SI</u>          Judge:   <u>SUSAN ILLSTON</u>

Title: <u>FERNANDO DAROSA</u>  -v- <u>KAISER FOUNDATION</u>

Attorneys: Friedman          Martin

Deputy Clerk:  <u>Tracy Sutton</u>  Court Reporter:<u> </u>

### **PROCEEDINGS**

1)  <u>Initial Case Management Conference - HELD                                         </u>

2)  <u>                                                                                  </u>

3)  <u>                                                                                  </u>

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                          PART

Case continued to **2/15/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **10/31/08    @ 9:00 a.m.**   for Motions
(Motion due **9/5/08**, Opposition **10/3/08** Reply **10/17/08** )

Case continued to **1/13/09    @ 3:30 p.m.**  for Pretrial Conference
(PRETRIAL PAPERS DUE 12/23/08)

Case continued to **1/26/09    @ 8:30 a.m.**  for Trial (jury:  Days)
Discovery Cutoff: 8/29/08  Designate Medical Experts by: 8/8/08, Non Medical Experts by: 11/10/08,
Expert Discovery Cutoff: 12/12/08

ORDERED AFTER HEARING:
The ENE session shall occur within 90 days

cc: ADR