IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO DAROSA, | No. C 07-03114 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| KAISER FOUNDATION HEALTH PLAN, INC., | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 15, 2008 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is August 29, 2008.

DESIGNATION OF MEDICAL EXPERTS: 8/8/08;
DESIGNATION OF NON-MEDICAL EXPERTS: 11/10/08.
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 12, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by September 5, 2008;

     Opp. Due October 3, 2008;  Reply Due October 17, 2008;

     and set for hearing no later than October 31, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 13, 2009 at 3:30 PM.

JURY TRIAL DATE: January 26, 2009 at 8:30 AM.,
     Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The ENE session shall occur within 90 days.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge