# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Darosa, | 07-03114 SI ENE |
|         Plaintiff(s), | **Notice of Appointment of Evaluator** |
|     v. | |
| Kaiser Foundation Health Plan, Inc., | |
|         Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

>**Marjorie Gelb**
>Attorney at Law
>6279 Chabot Road
>Oakland, CA 94618
>510-655-5211
>marjoriegelb@sbcglobal.net

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-03114 SI ENE          - 1 -

1     Counsel are reminded that the written ENE statements required by the ADR L.R. 5-8 shall NOT be filed with the court.

Dated: December 3, 2007

                         RICHARD W. WIEKING  
                         Clerk  
                         by:    Alice M. Fiel

_____  
ADR Case Administrator  
415-522-3148  
Alice_Fiel@cand.uscourts.gov

**United States District Court**  
**Northern District of California**

**Notice of Appointment of Evaluator**  
07-03114 SI ENE                               - 2 -