MARJORIE GELB
ATTORNEY AT LAW/ MEDIATOR
6279 Chabot Road, Oakland, CA 94618
Phone: (510) 655-5211/ Fax: (510) 655-5883
marjoriegelb@sbcglobal.net

January 2, 2008

Jeremy L. Friedman
Attorney at Law
2801 Sylhowe Rd.
Oakland, CA 94602

Jonathan David Martin
Seyfarth Shaw LLP
560 Mission St., Suite 3100
San Francisco, CA 94105

**RE: Darosa v. Kaiser Foundation Health Plan, Inc., Case No. 07-03114  SI  [ENE]**

Dear Counsel:

Thank you for you attention and patience at our phone conference last Friday.  When I reexamined the documentation sent by the Court, I noticed that this case is, indeed, set as an ENE, not a mediation as I erroneously thought and wrote.  In any case, I think our strategy will work.  We will proceed as an ENE, and then if you still want, we will segue into a mediation.

This will confirm that we have scheduled the ENE session in this case for Wednesday, February 6, 2008.  We will meet at the San Francisco Federal Courthouse, 450 Golden Gate Avenue, San Francisco, California, Courtroom 19 on the 16th floor  at 10:00 a.m.  We agreed to keep the whole day available to allow the session to continue as long as it is being productive.   We discussed that the date may have to be changed.  If that occurs, please let me know and I will help facilitate getting the change approved by the Court.

Under the rules of the Court, I am donating all of my preparation time and the first four hours of the ENE.  Thereafter I will charge $200 for the next four hours.  I doubt we will go longer.

I am also sending along a copy of the Court's Confidentiality Agreement so you can review it with your clients.  Everyone who attends the ENE will be signing a copy.

Please make sure the written statements described in ADR L.R. 5-9 are exchanged and in my office by Wednesday, January 30, 2008.  I will accept delivery by mail, e-mail or fax, but any exhibits should be sent by regular mail.  In our telephone conversation we discussed that I would like you to give me relevant citations of the law and key cases.  Since this is an Early Neutral Evaluation, I need to fully understand all the legal theories

Jeremy L. Friedman, Jonathan David Martin.
January 2, 2008
Page 2


that the parties are relying on and the facts that are in dispute. The more focused the written statements are regarding the facts and legal issues in the case, the better prepared we all will be and the more meaningful our ENE session will be.


I understand that you will arrange for your clients' attendance. Plaintiff Fernando Darosa will appear with his attorney. For the Kaiser, the in-house employment attorney Anne Libbin will appear in addition to Mr. Martin. I understand that who ever appears for defendant will have full authority to settle the case.

Please prepare for the session by discussing each of the following items with your client:
- The strengths and weaknesses of your case
- The strengths and weaknesses of your opponent's case
- The probable risks and cost assessments of a trial
- Your client's goals, needs and priorities
- Your best assessment of the other sides needs and priorities
- Your estimated budget to litigate the case through trial

I look forward to assisting you on this case.

Sincerely,



MARJORIE GELB

cc:   Clerk's Office - ADR Unit
      450 Golden Gate Avenue
      San Francisco, CA 94102