1    JEREMY L. FRIEDMAN, CA Bar No. 142659
     Attorney At Law
2    2801 Sylhowe Road
     Oakland, CA 94602
3    Telephone: (510) 530-9060
     Facsimile: (510) 530-9087
4
     Attorney for plaintiff Fernando daRosa
5
     SEYFARTH SHAW LLP
6    Dana L. Peterson (SBN 178499) dpeterson@seyfarth.com
     Jonathan D. Martin (SBN 188744) jmartin@seyfarth.com
7    560 Mission Street, Suite 3100
     San Francisco, California 94105
8    Telephone: (415) 397-2823
     Facsimile: (415) 397-8549
9
     Attorneys for Defendant
10   KAISER FOUNDATION HEALTH PLAN, INC.

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15   FERNANDO DAROSA,                )    Case No. 3:07-cv-03114-SI
                                     )
16       Plaintiff,                  )
                                     )    **JOINT CONTINUED CASE**
17   vs.                             )    **MANAGEMENT STATEMENT**
                                     )
18   KAISER FOUNDATION HEALTH        )
     PLAN, INC.                      )
19                                   )    Date: February 15, 2008
         Defendant.                  )    Time: 2:30 p.m.
20                                   )    Courtroom: Hon. Susan Illston
                                     )
21   _____ )

22         Pursuant to the Court's November 19, 2007, pre-trial preparation order, the parties

23   hereby submit this Joint Case Management Statement in connection with the Continued

24   Case Management Conference on February 15, 2008, at 2:30 p.m.

25                   **COMPLETION OF EARLY NEUTRAL EVALUATION**

26         On February 6, 2008, the parties completed an Early Neutral Evaluation with

27   Attorney Marjorie Gelb, pursuant to the Court's ADR program.

28

## STATUS OF DISCOVERY AND DISCOVERY PLAN

The parties have completed initial disclosures, including an exchange of documents. Plaintiff has served written discovery requests, including requests for production of documents and requests for admissions. In addition, pursuant to the parties' stipulation, plaintiff authorized release of his medical records, which have been obtained and exchanged between the parties.

Both sides agree to discuss an informal discovery plan for further written discovery and depositions. Further discussions will take place prior to the time of the conference. Counsel will be able to report on any specifics at the conference.

## STIPULATION AND PROTECTIVE ORDER

Discovery of plaintiff's medical records was pursuant to a stipulation and proposed protective order, modeled on the Court's form protective order. By the time of the conference, that stipulation and proposed order should be completed, and the parties will ask that the Court enter a protective order pursuant to the stipulation.

## AMENDED COMPLAINT

Plaintiff seeks to amend the complaint to add claims under the federal and state medical leave statutes. Without waiver of any defense to the amended complaint, defendant has stipulated to leave to amend. The stipulation and proposed order will be on file by the time of the conference, and plaintiff will ask, if leave has not already been granted, that the order be entered at the conference.

## EARLY MOTION ISSUE

At the conference, plaintiff would like to discuss the appropriateness of an early motion on a legal issue in the case. Plaintiff believes that, as a matter of law and undisputed fact, a central claim by defendant fails – *i.e.*, that plaintiff failed to notify the employer of his need for medical leave prior to his termination in January, 2006. Resolution of this one issue might well expedite the litigation. Defendant asserts that this issue is disputed and that plaintiff's proposed motion will therefore fail and will not be a wise use of the parties' and Court's time and resources.

1

Respectfully submitted,

2

Dated: February 8, 2008

JEREMY L. FRIEDMAN, Attorney at Law

3

By: /s/Jeremy L. Friedman
Jeremy L. Friedman

4

Attorney for plaintiff Fernando daRosa

5

6

Dated: February 8, 2008

SEYFARTH SHAW LLP

7

By: /s/Jonathan D. Martin
Jonathan D. Martin

8

Attorneys for Defendant
Kaiser Foundation Health Plan, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28