|   |   |
|---|---|
| 1 | |
| 2 | |
| ... | |

**UNITED STATES DISTRICT COURT**

**Northern District of California**

Darosa,

        Plaintiff(s),

v.

Kaiser Foundation Health Plan, Inc.,

        Defendant(s).

No. C 07-03114 SI ENE

**Certification of ADR Session**

_Instructions_: **The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.**

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) __2/6/08__

2. Did the case settle?  ☐ fully  ☐ partially  ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**  ☒ YES  ☐ NO

Dated: __2/8/08__     _[signature]_

Evaluator, Marjorie Gelb
Attorney at Law
6279 Chabot Road
Oakland, CA 94618

Certification of ADR Session
07-03114 SI ENE