**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>CIVIL PRETRIAL MINUTES</u>

Date: <u>2/15/08</u>

Case No.   <u>C-07-3114 SI</u>          Judge:   <u>SUSAN ILLSTON</u>

Title: <u>FERNANDO DAROSA</u>  -v- <u>KAISER FOUNDATION</u>

Attorneys: Friedman          Martin

Deputy Clerk: <u>Tracy Sutton</u>  Court Reporter:_

**PROCEEDINGS**

1)   <u>Further Case Management Conference - HELD</u>

2) _____

3) _____

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN   (  ) SUBMITTED
                                    PART

Case continued to **5/23/08   @ 2:30 p.m.** for Further Case Management Conference

Case continued to

Case continued to_ for Pretrial Conference

Case continued to__ for Trial (jury:  Days)

ORDERED AFTER HEARING:
By the end of February 2008, counsel shall either file a stipulation to amend the complaint or file a
formal motion for leave to amend.

This case shall be referred to a magistrate-judge for settlement purposes.  The settlement conference
shall occur in early June 2008, or as otherwise agreed to by the parties.

Cc: Wings/ADR.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 2/15/08

Case No.   C-07-3114 SI           Judge:   SUSAN ILLSTON

Title: FERNANDO DAROSA  -v- KAISER FOUNDATION

Attorneys: Friedman           Martin

Deputy Clerk: Tracy Sutton  Court Reporter:

**PROCEEDINGS**

1)   Further Case Management Conference - HELD

2)

3)

Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN   (  ) SUBMITTED
                              PART

Case continued to **5/23/08   @ 2:30 p.m.** for Further Case Management Conference

Case continued to

Case continued to  for Pretrial Conference

Case continued to  for Trial (jury:  Days)

ORDERED AFTER HEARING:
By the end of February 2008, counsel shall either file a stipulation to amend the complaint or file a
formal motion for leave to amend.

This case shall be referred to a magistrate-judge for settlement purposes.  The settlement conference
shall occur in early June 2008, or as otherwise agreed to by the parties.

Cc: Wings/ADR.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>CIVIL PRETRIAL MINUTES</u>

Date: <u>2/15/08</u>

Case No. <u>  C-07-3114 SI  </u>          Judge:  <u>SUSAN ILLSTON</u>

Title: <u>FERNANDO DAROSA</u>  -v- <u>KAISER FOUNDATION</u>

Attorneys: Friedman          Martin

Deputy Clerk: <u>Tracy Sutton</u>  Court Reporter:<u>  </u>

**PROCEEDINGS**

1)   <u>Further Case Management Conference - HELD                              </u>

2)  <u>                                                                         </u>

3)  <u>                                                                         </u>

Order to be prepared by:  (   )Pltf    (   )Deft    (   )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN   (  ) SUBMITTED
                                    PART

Case continued to **5/23/08   @ 2:30 p.m.** for Further Case Management Conference

Case continued to

Case continued to<u> </u> for Pretrial Conference

Case continued to<u>   </u> for Trial (jury:  Days)

ORDERED AFTER HEARING:
By the end of February 2008, counsel shall either file a stipulation to amend the complaint or file a
formal motion for leave to amend.

This case shall be referred to a magistrate-judge for settlement purposes.  The settlement conference
shall occur in early June 2008, or as otherwise agreed to by the parties.

Cc: Wings/ADR.