JEREMY L. FRIEDMAN, CA Bar No. 142659
Attorney At Law
2801 Sylhowe Road
Oakland, CA 94602
Telephone: (510) 530-9060
Facsimile: (510) 530-9087

Attorney for plaintiff Fernando daRosa

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO DAROSA,<br><br>    Plaintiff,<br><br>vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.<br><br>    Defendant.<br>_____ | Case No. 3:07-cv-03114-BZ<br><br>**STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

    Plaintiff Fernando daRosa seeks an Order from the Court granting leave to file his First Amended Complaint, so that he can add allegations and state causes of action under statutes protecting the right to personal and family medical leave. Attached hereto as an Exhibit to the stipulation is plaintiff's Proposed First Amended Complaint. The only substantive changes to the original complaint are the addition of ¶¶34-39.

    To avoid unnecessary motion practice, the parties hereby stipulate to an order granting leave to proceed upon the amended complaint. The parties further stipulate that leave is without waiver of any rights or defenses of the parties to the claims raised in the amended complaint.

Respectfully submitted,

Dated: February 21, 2008    /s/Jeremy L. Friedman
                                        Jeremy L. Friedman
                                        Attorney for plaintiff Fernando daRosa

Dated: February 21, 2008    /s/Jonathan D. Martin
                                        Jonathan D. Martin
                                        Attorney for defendant Kaiser Foundation Health Plan