JEREMY L. FRIEDMAN, CA Bar No. 142659
Attorney At Law
2801 Sylhowe Road
Oakland, CA 94602
Telephone: (510) 530-9060
Facsimile: (510) 530-9087

Attorney for plaintiff Fernando daRosa

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO DAROSA,<br><br>    Plaintiff,<br><br>vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.<br><br>    Defendant.<br>_____ | Case No. 3:07-cv-03114-BZ<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Pursuant to the stipulation of the parties, and for good cause showing, plaintiff Fernando daRosa is hereby granted leave to file his First Amended Complaint. Such leave is without prejudice to any of the rights or defenses of the parties to the claims raised in the proposed pleadings. Plaintiff's Proposed First Amended Complaint, attached as an exhibit to the parties' stipulation, shall be considered the operative pleading. Defendant is granted 20 days from service of this order to file an amended answer or otherwise plead to the First Amended Complaint..

IT IS SO ORDERED

Dated: February __, 2008    _____
                            Susan Illston
                            United States District Court Judge

[Proposed] Order Granting Leave to file 1AC -- Case No. 3:07-cv-03114-SI – Page 1