1  JEREMY L. FRIEDMAN, CA Bar No. 142659
   Attorney At Law
2  2801 Sylhowe Road
   Oakland, CA 94602
3  Telephone: (510) 530-9060
   Facsimile: (510) 530-9087
4  jlfried@comcast.net

5  Christopher J. Keller, CA Bar No. CA Bar No. 178491
   Keller Law, PC
6  595 Market Street, Suite 2360
   San Francisco, CA 94105
7  Telephone: (415) 794-5308
   Facsimile: (415) 974-6433
8  ckeller@kellerlawpc.com

9  Attorneys for plaintiff Fernando daRosa

10                      UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO DAROSA, | Case No. 3:07-cv-03114-BZ |
| Plaintiff, | |
| vs. | **NOTICE OF ASSOCIATION OF COUNSEL** |
| KAISER FOUNDATION HEALTH PLAN, INC. | |
| Defendant. | |

Plaintiff Fernando daRosa hereby provides notice of association of additional counsel, Christopher J. Keller, of Keller Law, PC, in this case. Plaintiff asks that both counsel be provided service of all notices and pleadings, and that the additional associated counsel be added to the Court's electronic filing system to receive electronic notifications in this case.

Dated: May 9, 2008             Respectfully submitted,

                               Jeremy L. Friedman
                               Christopher J. Keller

                           By: /s/Jeremy L. Friedman
                               Jeremy L. Friedman
                               Attorneys for plaintiff Fernando daRosa