KELLER LAW, PC
CHRISTOPHER J. KELLER, ESQ. (SBN 178491)
One Market Street, Spear Tower, 36th Floor
San Francisco, CA  94105
Telephone:  (415) 293-7805
Facsimile:   (415) 203-8001
ckeller@kellerlawpc.com

JEREMY L. FRIEDMAN, CA Bar No. 142659
Attorney At Law
2801 Sylhowe Road
Oakland, CA  94602
Telephone: (510) 530-9060
Facsimile: (510) 530-9087

Attorneys for plaintiff FERNANDO daROSA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FERNANDO DAROSA, | Case No. 3-07-CV-03114-SI |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE MAY 23, 2008 CASE MANAGEMENT CONFERENCE |
| KAISER FOUNDATION HEALTH PLAN, INC.. | |
| Defendant. | |

RECITALS

1. There is a case management conference scheduled in the above captioned matter on May 23, 2008.

2. Plaintiff's lead counsel, Mr. Friedman will be in the Virgin Islands for a trial on May 23, 2008.

3. The parties have recently begun depositions and are scheduled to participate in a court sponsored settlement conference on June 4, 2008.

- 1 -

4. Counsel for both parties have met and conferred, and agreed that it would be in all parties' and the Court's interest to continue the case management conference until after the settlement conference on June 4, 2008.

5. Counsel for both parties are available for a case management conference on June 13, 20 or 27, 2008 and are agreeable to the Court choosing whichever of these dates is convenient for it.

## STIPULATION

Based upon the foregoing, the parties through their respective counsel of record stipulate that the Case Management Conference currently scheduled for May 23, 2008 be continued until June 13, 20 or 27, 2008.

Respectfully submitted,

Dated: May 15, 2008                               KELLER LAW, PC


                                                  /s/
                                                  Christopher J. Keller
                                                  Attorney for Plaintiff Fernando
                                                  daRosa

Dated: May 16, 2008                               SEYFARTH SHAW LLP


                                                  /s/
                                                  Jonathan D. Martin
                                                  Attorneys for Defendant Kaiser
                                                  Foundation Health Plan, Inc.

- 2 -

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 3-07-CV-03114-SI