KELLER LAW, PC
CHRISTOPHER J. KELLER, ESQ. (SBN 178491)
One Market Street, Spear Tower, 36th Floor
San Francisco, CA 94105
Telephone: (415) 293-7805
Facsimile: (415) 203-8001
ckeller@kellerlawpc.com

JEREMY L. FRIEDMAN, CA Bar No. 142659
Attorney At Law
2801 Sylhowe Road
Oakland, CA 94602
Telephone: (510) 530-9060
Facsimile: (510) 530-9087

Attorneys for plaintiff FERNANDO daROSA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO DAROSA,<br><br>Plaintiff,<br><br>vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC..<br><br>Defendant. | Case No. 3-07-CV-03114-SI<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Based upon the parties' Stipulation to Continue May 23, 2008 Case Management Conference and good cause appearing, the May 23, 2008 Case Management Conference scheduled in this matter is hereby continued to June, _____, 2008 at _____ p.m.

**IT IS SO ORDERED.**

Dated: May _____, 2008

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

- 1 -

**[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 3-07-CV-03114-SI**