| | |
|---|---|
| 1 | KELLER LAW, PC |
| | CHRISTOPHER J. KELLER, ESQ. (SBN 178491) |
| 2 | One Market Street, Spear Tower, 36th Floor |
| | San Francisco, CA  94105 |
| 3 | Telephone:  (415) 293-7805 |
| | Facsimile:   (415) 203-8001 |
| 4 | ckeller@kellerlawpc.com |
| 5 | JEREMY L. FRIEDMAN, CA Bar No. 142659 |
| | Attorney At Law |
| 6 | 2801 Sylhowe Road |
| | Oakland, CA  94602 |
| 7 | Telephone: (510) 530-9060 |
| | Facsimile: (510) 530-9087 |
| 8 | |
| 9 | Attorneys for plaintiff FERNANDO daROSA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO DAROSA, | Case No. 3-07-CV-03114-SI |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| KAISER FOUNDATION HEALTH PLAN, INC.. | |
| Defendant. | |

Based upon the parties' Stipulation to Continue May 23, 2008 Case Management Conference and good cause appearing, the May 23, 2008 Case Management Conference scheduled in this matter is hereby continued to ~~June~~ July 11, 2008 at 2:30 p.m.

**IT IS SO ORDERED.**

Dated: May _____, 2008

_Susan Illston_
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

- 1 -

[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 3-07-CV-03114-SI