Total Time (Hrs): **3**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*HON. MAGISTRATE JUDGE MARIA-ELENA JAMES*

### CIVIL MINUTE ORDER

**DATE:** June 4, 2008
**TITLE:** Dorosa -v-Kaiser                              **CASE #:** C-07-3114 SI

### APPEARANCES:

**FOR PLAINTIFF:**                                       **FOR DEFENDANT:**

Christopher J. Keller                                    Jonathan D. Martin
Jeremy L. Friedman

**Deputy Clerk:** Brenda Tolbert                         **FTR:**

### PROCEEDINGS:

____ Case Management
____ Further Case Management
____ Status Conference
____ Pretrial Conference
_X_ Further Settlement Conference (Length: 3 Hr/s.)
____ Evidentiary Hearing
____ Examination of Judgment Debtor
____ Motions
____ Other:

### ORDER/RESULTS:

**Settlement Conference Held. Parties to Contact Court Re: Further Date.**

**Case Continued To:** _____ **For:** _____
**Case Referred To:** _____ **For:** _____

**ORDER TO BE PREPARED BY:**

**cc:** Chambers File, Chris, Brenda, Other: