**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>CIVIL PRETRIAL MINUTES</u>

Date: <u>7/11/08</u>

Case No.   <u>C-07-3114 SI</u>          Judge:   <u>SUSAN ILLSTON</u>

Title: <u>FERNANDO DAROSA</u>  -v- <u>KAISER FOUNDATION</u>

Attorneys: Friedman          McNaught

Deputy Clerk: <u>Tracy Sutton</u>  Court Reporter:

**<u>PROCEEDINGS</u>**

1)   <u>Further Case Management Conference - HELD                                          </u>

2)   <u>                                                                                         </u>

3)   <u>                                                                                         </u>

Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN  ( ) SUBMITTED
                                                    PART

Case continued to _____ for Further Case Management Conference

Case continued to

Case continued to_ for Pretrial Conference

Case continued to__ for Trial (jury:  Days)

ORDERED AFTER HEARING:
Magistrate-Judge James shall conduct a further settlement conference between 9/11/08 to 9/19/08.

Cc: Brenda

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 7/11/08

Case No.    C-07-3114 SI            Judge:    SUSAN ILLSTON

Title: FERNANDO DAROSA  -v- KAISER FOUNDATION

Attorneys: Friedman          McNaught

Deputy Clerk:  Tracy Sutton  Court Reporter:

**PROCEEDINGS**

1)   Further Case Management Conference - HELD

2)

3)

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN   (  ) SUBMITTED
                                                    PART

Case continued to _____ for Further Case Management Conference

Case continued to

Case continued to_ for Pretrial Conference

Case continued to__ for Trial (jury:  Days)

ORDERED AFTER HEARING:
Magistrate-Judge James shall conduct a further settlement conference between 9/11/08 to 9/19/08.

Cc: Brenda