JEREMY L. FRIEDMAN, CA Bar No. 142659
Attorney At Law
2801 Sylhowe Road
Oakland, CA 94602
Telephone: (510) 530-9060
Facsimile: (510) 530-9087

KELLER LAW, PC
CHRISTOPHER J. KELLER, ESQ. (SBN 178491)
One Market Street, Spear Tower, 36th Floor
San Francisco, CA 94105
Telephone: (415) 293-7805
Facsimile: (415) 203-8001
ckeller@kellerlawpc.com

Attorneys for plaintiff Fernando daRosa

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO DAROSA,<br><br>  Plaintiff,<br><br>vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.<br><br>  Defendant.<br>_____ | Case No. 3:07-cv-03114-SI<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE FORMAL NOTICED MOTION RE SUBPOENA OF PRE-2005 MEDICAL RECORDS** |

Pursuant to the *ex parte* motion of plaintiff Fernando daRosa, and for good cause showing, plaintiff is hereby granted leave to file a formal noticed discovery motion regarding the dispute over defendant's subpoena of plaintiff's pre-2005 medical and psychological counseling records.

IT IS SO ORDERED

Dated: August __, 2008   _____
                        Susan Illston
                        United States District Court Judge

[proposed] Order re Leave to File Disc. Mot. -- Case No. 3:07-cv-03114-SI – Page 1