```
 1  SEYFARTH SHAW LLP
    Dana L. Peterson (SBN 178499) dpeterson@seyfarth.com
 2  Jonathan D. Martin (SBN 188744) jmartin@seyfarth.com
    Andrew M. McNaught (SBN 209093) amcnaught@seyfarth.com
 3  560 Mission Street, Suite 3100
    San Francisco, California 94105
 4  Telephone: (415) 397-2823
    Facsimile: (415) 397-8549
 5
    Attorneys for Defendant
 6  KAISER FOUNDATION HEALTH PLAN, INC.
```

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| FERNANDO DAROSA, | ) Case No. C07-03114 SI |
|---|---|
| Plaintiff, | ) **DECLARATION OF JONATHAN D. MARTIN IN SUPPORT OF DEFENDANT KAISER FOUNDATION HEALTH PLAN, INC.'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION** |
| v. | |
| KAISER FOUNDATION HEALTH PLAN, INC., | |
| Defendant. | ) Date: October 31, 2008<br>) Time: 9:00 AM<br>) Location: Courtroom 10, 19th Floor<br>) Judge: The Honorable Susan Illston |

I, Jonathan D. Martin, declare as follows:

1. I am an associate at the law firm of Seyfarth Shaw LLP, counsel of record for defendant Kaiser Foundation Health Plan, Inc. I make this declaration based on my own personal knowledge, and in support of defendant's motion for summary judgment, or in the alternative summary adjudication. If called as a witness, I could and would competently testify to the facts set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of relevant portions of the deposition transcript of plaintiff Fernando daRosa.

DECLARATION OF JONATHAN D. MARTIN – CASE NO. C07-03114 SI

1  3. Attached hereto as Exhibit B is a true and correct copy of the document marked as Exhibit 2 at Plaintiff's deposition. The document was authenticated by Plaintiff at his deposition as part of the testimony attached hereto as Exhibit A (page and line numbers are referenced in the accompanying motion).

4. Attached hereto as Exhibit C is a true and correct copy of the document marked as Exhibit 5 at Plaintiff's deposition. The document was authenticated by Plaintiff at his deposition as part of the testimony attached hereto as Exhibit A (page and line numbers are referenced in the accompanying motion).

5. Attached hereto as Exhibit D is a true and correct copy of relevant portions of the deposition transcript of Dr. Frank Dustin.

6. Attached hereto as Exhibit E is a true and correct copy of the document marked as Exhibit 7 at the deposition of Dr. Dustin. The document was authenticated by Dr. Dustin at his deposition as part of the testimony attached hereto as Exhibit D (page and line numbers are referenced in the accompanying motion).

7. Attached hereto as Exhibit F is a true and correct copy of the document marked as Exhibit 8 at Plaintiff's deposition. The document was authenticated by Plaintiff at his deposition as part of the testimony attached hereto as Exhibit A (page and line numbers are referenced in the accompanying motion).

8. Attached hereto as Exhibit G is a true and correct copy of relevant portions of the deposition transcript of Anastacia Freitas.

9. Attached hereto as Exhibit H is a true and correct copy of the document marked as Exhibit 3 at the deposition of Ms. Freitas. The document was authenticated by Ms. Freitas at her deposition as part of the testimony attached hereto as Exhibit G (page and line numbers are referenced in the accompanying motion).

10. Attached hereto as Exhibit I is a true and correct copy of the document marked as Exhibit 9 at Plaintiff's deposition. The document was authenticated by Plaintiff at his deposition as part of the testimony attached hereto as Exhibit A (page and line numbers are referenced in the accompanying motion).

2

DECLARATION OF JONATHAN D. MARTIN – CASE NO. C07-03114 SI

1    11.    Attached hereto as Exhibit J is a true and correct copy of relevant portions of the deposition transcript of Margie Roper.

2    12.    Attached hereto as Exhibit K is a true and correct copy of the document marked as Exhibit 9 at the deposition of Dr. Dustin. The document was authenticated by Dr. Dustin at his deposition as part of the testimony attached hereto as Exhibit D (page and line numbers are referenced in the accompanying motion).

3    13.    Attached hereto as Exhibit L is a true and correct copy of Plaintiff's Initial Disclosures in this case, which were received by Defendant in November 2007. Defendant has not received any amendment, update or supplementation of Plaintiff's Initial Disclosures.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of September, 2008 at San Francisco, CA.

_____
JONATHAN D. MARTIN

SF1 28333508.1

3
DECLARATION OF JONATHAN D. MARTIN – CASE NO. C07-03114 SI