Exhibit "B"

EXHIBIT
PENGAD 800-631-6989
DAROCA
2
6/2/08   Cl

# Family Medical Leave Act
# Your Rights & Obligations

### FAMILY AND MEDICAL LEAVE ACT OF 1993 (FMLA)
### CALIFORNIA FAMILY RIGHTS ACT OF 1993 (CFRA)
### CALIFORNIA PREGNANCY DISABILITY LEAVE REGULATIONS (PDL)

Under the federal and state law, Family & Medical Leave Act of 1993 and the California Family Rights Act of 1991, as amended, covered employers are required to provide up to 12 workweeks of paid/unpaid, job protected leave to "eligible" employees for certain family and medical reasons. Employees are eligible if they have worked for a covered employer for at least one year, and have worked 1,250 compensable hours during the 12 months preceding the leave.

Even if not eligible for FMLA/CFRA leave, an employee disabled by pregnancy, childbirth or related medical conditions, is entitled to take a pregnancy disability leave of up to four months, depending on her period of actual disability. If CFRA eligible, she has certain rights to take BOTH a pregnancy disability leave and a CFRA leave.

### Reasons for taking a leave:
- To care for the employee's child within one year of birth, or placement for adoption or foster care within the first year;
- To care for the employee's spouse, (domestic partner), child, or parent, who has a serious health condition; or
- For the serious health condition that makes the employee unable to perform his/her job.

Under Kaiser Permanente policy, an employee is **required** to use any available PTO or earned vacation (unless the leave is for reasons of your own illness), or ESL or sick leave (for personal illness) for time qualifying as FMLA or, CFRA leave, unless it is for an industrial illness or injury or Pregnancy Disability Leave.

### Advance notice and medical certification:
- The employee may be required to provide advance leave notice verbally and /or in writing. Taking of leave may be delayed if the leave is "foreseeable" and notice to the employer has not been provided. When the leave is not foreseeable, the employee must give notice as soon as practicable.
- Kaiser Permanente requires medical certification to support a request for leave due to a serious health condition, and may require a second and third opinion (at the employer's expense) and a fitness for duty to return to work.
- When medically necessary, leave may be taken on an intermittent or a reduced work schedule.

### Job benefits and protection:
- For the duration of Family Leave, the employer must maintain the employee's health and dental coverage under any "group health plan" for a maximum of 12 workweeks (unless extended because employee remains off work in a paid status).
- Upon return from Family Leave, most employees must be restored to their original or equivalent positions with equivalent pay, benefits, and other employment terms.
- The use of Family Leave cannot result in the loss of any employment benefit that accrued prior to the start of an employee's leave.

### Unlawful acts by employers:
Family Medical Leave Act makes it unlawful for any employer to:
- Interfere with, restrain, or deny the exercise of any right provided under Family Leave.
- Discharge or discriminate against any person for opposing any practice made unlawful by Family Leave or for involvement in any preceding under or relating to Family Leave.

### Enforcement:
- The U.S. Department of Labor is authorized to investigate and resolve complaints of violations.
- An eligible employee may bring a civil action against an employer for violations.
- Employees may direct concerns or questions to their supervisor, Human Resource Consultant, the Department of Labor, or the California Fair Employment and Housing Commission.

### For additional information:
Contact the nearest office of the wage and hour division, listed in most telephone directories under U.S. Government, Department of Labor.

**HR Service Center** • Phone: 877-4KP-HRSC (877-457-4772) • Fax: 888-499-1502     02.02.05