Exhibit "C"

# Memorandum

**To:** File

**Date:** 12/7/2005

**Re:** Fernando daRosa

---

This memo is in reference to a discussion held with Fernando daRosa regarding his work attendance record. Fernando has had six occurrences in the last 6 months as follows:

| | |
|---|---|
| July 7, 2005 - August 22, 2005 | 32 days |
| September 21, 2005 | 1 day |
| October 3, 2005 | 1 day |
| October 11, 2005 | 1 day |
| November 7, 2005 | 1 day |
| November 21, 2005 | 1 day |
| December 6, 2005 | Fernando left the department at 12:30 and did not return. He called and advised he was ill and was going to rest in his car; he later called to inform me that he was still ill and going home. |
| December 7, 2005 | Fernando called in at approximately noon and advised he was coming to work. He arrived at approximately 1:00 |

Fernando was advised that he needed to show a marked improvement in his unscheduled time away from work within the next 90 days. Fernando was advised that this is a first level warning and if his attendance does not improve within the time designated this issue will go to the next level and could result in further disciplinary action.


_____ 12/7/05        _____ 12-7-05
Fernando daRosa        Date              Margie Roper              Date

