Exhibit "F"

**PERMANENTE**

**VISIT VERIFICATION/FAMILY LEAVE Health Care Provider Certification**

*Darosa* (handwritten)

**Patient Name**
**Identification**

04295026

IMPRINT AREA

(This section must be completed and determined by treating provider only)

**THE ABOVE NAMED PERSON:**

☐ NO, does not have a "Serious Health Condition" (see reverse for further information) **OR**

☐ YES, has a "Serious Health Condition", as defined below (check one):

   1. ☐ Hospital care      4. ☐ Chronic condition requiring treatment
   2. ☐ Absence plus treatment      ☐ Is currently incapacitated
   3. ☐ Pregnancy      ☐ Is not currently incapacitated

   5. ☐ Permanent/long-term condition requiring supervision    6. ☐ Multiple treatments (non-chronic condition)

☐ Has a "Serious Health Condition" and requires a family member to take time off from work to provide basic medical, personal or safety needs, transportation, or psychological comfort. The probable frequency and duration of this need is

☐ Estimated date of Surgery/Procedure/Delivery:

☐ Diagnosis (Complete on patient request only):

**THE ABOVE NAMED PERSON:**

☑ Was seen at this office on:   1/24/06     ☐ Has been given telephone advice on:

☑ Has been ill and unable to attend work/school/physical education   1/25/06   through   3/25/06

☐ States he/she has been ill and unable to attend work/school/physical education       through

☐ Can return to full duties with NO RESTRICTIONS on            **OR**

☐ Can participate in a modified work program starting       and continuing to

   (Please note: if modified work is not available, this patient is then unable to work for this time period.)

☐ Restrictions:      hours per day      hours per week

**BASED ON AN 8-HOUR DAY EMPLOYEE CAN:**

stand/walk      minutes per hour      total hours      ☐ no restrictions

sit      minutes per hour      total hours      ☐ no restrictions

drive      minutes per hour      total hours      ☐ no restrictions

**LIFT/CARRY (Occasionally = up to ⅓ workday; Frequently = up to ⅔ workday):**

0-10 lbs.      ☐ not at all   ☐ occasionally   ☐ frequently   ☐ no restrictions
11-25 lbs.      ☐ not at all   ☐ occasionally   ☐ frequently   ☐ no restrictions
26-40 lbs.      ☐ not at all   ☐ occasionally   ☐ frequently   ☐ no restrictions

Can lift/carry up to      lbs.

**EMPLOYEE IS ABLE TO:**

bend      ☐ not at all   ☐ occasionally   ☐ frequently   ☐ no restrictions
squat      ☐ not at all   ☐ occasionally   ☐ frequently   ☐ no restrictions
kneel      ☐ not at all   ☐ occasionally   ☐ frequently   ☐ no restrictions
climb      ☐ not at all   ☐ occasionally   ☐ frequently   ☐ no restrictions
reach above shoulders      ☐ not at all   ☐ occasionally   ☐ frequently   ☐ no restrictions
perform repetitive hand motions      ☐ not at all   ☐ occasionally   ☐ frequently   ☐ no restrictions

**ASSISTIVE DEVICES?** (e.g.; cast, brace, crutches)

**RESTRICTIONS:**

**OTHER:**

**TREATMENT PLAN:**

☐ Medication effects which could impair performance:

☐ Physical therapy required. Frequency:

EXHIBIT
DAROSA
8
6/2/08
PENGAD 800-631-6989

**NOTE:** If patient is **industrial**, physician signature is **REQUIRED.**

SIGNATURE AND TITLE       DATE   1/24/0.

NAME (PRINT)   F. DUSTIN, MD      LOCATION/ADDRESS   OAK      PHONE   32-650

9808? (REV.2-03)      DISTRIBUTION: WHITE = CHART • PINK & CANARY = PATIENT