Exhibit "H"

**PERMANENTE**

**VISIT VERIFICATION/FAMILY LEAVE Health Care Provider Certification**
(This section must be completed and determined by treating provider only)

**Patient Name Identification**

04295026

IMPRINT AREA

**THE ABOVE NAMED PERSON:**

☐ **NO**, does not have a "Serious Health Condition" (see reverse for further information) **OR**

☐ **YES**, has a "Serious Health Condition", as defined below (check one):
- 1. ☐ Hospital care
- 2. ☐ Absence plus treatment
- 3. ☐ Pregnancy
- 4. ☐ Chronic condition requiring treatment
  - ☐ Is currently incapacitated
  - ☐ Is not currently incapacitated
- 5. ☐ Permanent/long-term condition requiring supervision
- 6. ☐ Multiple treatments (non-chronic condition)

☐ Has a "Serious Health Condition" and requires a family member to take time off from work to provide basic medical, personal or safety needs, transportation, or psychological comfort. The probable frequency and duration of this need is

☐ Estimated date of Surgery/Procedure/Delivery:

☐ Diagnosis (Complete on patient request only):

**THE ABOVE NAMED PERSON:**

☑ Was seen at this office on: _1/24/06_      ☐ Has been given telephone advice on:

☑ Has been ill and unable to attend work/school/physical education _1/25/06_ through _3/25/06_

☐ States he/she has been ill and unable to attend work/school/physical education _____ through _____

☐ Can return to full duties with NO RESTRICTIONS on _____      **OR**

☐ Can participate in a modified work program starting _____ and continuing to _____
   (Please note: If modified work is not available, this patient is then unable to work for this time period.)

☐ Restrictions: _____ hours per day _____ hours per week

**BASED ON AN 8-HOUR DAY EMPLOYEE CAN:**

| | minutes per hour | total hours | |
|---|---|---|---|
| stand/walk | _____ | _____ | ☐ no restrictions |
| sit | _____ | _____ | ☐ no restrictions |
| drive | _____ | _____ | ☐ no restrictions |

**LIFT/CARRY** (Occasionally = up to ⅓ workday; Frequently = up to ⅔ workday):

| | | | | |
|---|---|---|---|---|
| 0-10 lbs. | ☐ not at all | ☐ occasionally | ☐ frequently | ☐ no restrictions |
| 11-25 lbs. | ☐ not at all | ☐ occasionally | ☐ frequently | ☐ no restrictions |
| 26-40 lbs. | ☐ not at all | ☐ occasionally | ☐ frequently | ☐ no restrictions |

Can lift/carry up to _____ lbs.

**EMPLOYEE IS ABLE TO:**

| | | | | |
|---|---|---|---|---|
| bend | ☐ not at all | ☐ occasionally | ☐ frequently | ☐ no restrictions |
| squat | ☐ not at all | ☐ occasionally | ☐ frequently | ☐ no restrictions |
| kneel | ☐ not at all | ☐ occasionally | ☐ frequently | ☐ no restrictions |
| climb | ☐ not at all | ☐ occasionally | ☐ frequently | ☐ no restrictions |
| reach above shoulders | ☐ not at all | ☐ occasionally | ☐ frequently | ☐ no restrictions |
| perform repetitive hand motions | ☐ not at all | ☐ occasionally | ☐ frequently | ☐ no restrictions |

**ASSISTIVE DEVICES?** (e.g.: cast, brace, crutches)

**RESTRICTIONS:**

**OTHER:**

**TREATMENT PLAN:**

☐ Medication effects which could impair performance:

☐ Physical therapy required. Frequency:

**NOTE:** If patient is Industrial, physician signature is **REQUIRED.**

EXHIBIT
FREITAS
3
6/10/08

SIGNATURE AND TITLE _____      DATE _1/24/0_

NAME (PRINT) _E. DUSTIN, M.D._      LOCATION/ADDRESS _OAK_      PHONE _32-650_

DISTRIBUTION: WHITE = CHART • PINK & CANARY = PATIENT