Exhibit "I"



**KAISER PERMANENTE®**

Kaiser Foundation Health Plan, Inc.
Member Services Department

January 31, 2006

Fernando daRosa
2818 East Avenue
Hayward, CA 94514

Dear Fernando,

Your have been a no call, no show for January 25, 26, 27, 30, and January 31, 2006. You were previously warned on December 7, 2005 and counseled on January 13, 2006 regarding you attendance issues. Because of the foregoing you are considered to have abandoned your job. Your employment is terminated. Please return to the security office and all materials that are the properly of property of Kaiser Permanente; this includes name badge, key, and parking pass, etc. Enclosed are all final monies due you.

Sincerely,

Margie Roper
Director of Member Service

cc: Personnel File

3801 Howe Street
Oakland, California 94611-5693



EXHIBIT
DAROSA
9
6/12/08