Exhibit "K"

Exhibit "K"

**KAISER PERMANENTE®**

**VISIT VERIFICATION/FAMILY LEAVE Health Care Provider Certification**
(This section must be completed and determined by **treating provider** only)

Patient Name Identification: Darosa Fernando 04295026

IMPRINT AREA

**THE ABOVE NAMED PERSON:**
☐ NO, does not have a "Serious Health Condition" (see reverse for further information) OR
☐ YES, has a "Serious Health Condition", as defined below (check one):
1. ☐ Hospital care          4. ☐ Chronic condition requiring treatment
2. ☐ Absence plus treatment        ☐ Is currently incapacitated
3. ☐ Pregnancy                     ☐ Is not currently incapacitated
              5. ☐ Permanent/long-term condition requiring supervision    6. ☐ Multiple treatments (non-chronic condition)
☐ Has a "Serious Health Condition" and requires a family member to take time off from work to provide basic medical, personal or safety needs, transportation, or psychological comfort. The probable frequency and duration of this need is _____

☐ Estimated date of Surgery/Procedure/Delivery: _____

☐ Diagnosis (Complete on patient request only): _____

**THE ABOVE NAMED PERSON:**
☐ Was seen at this office on: _____        ☐ Has been given telephone advice on: _____
☑ Has been ill and unable to attend work/school/physical education  3/25/06  through  4/25/06
☐ States he/she has been ill and unable to attend work/school/physical education _____ through _____
☐ Can return to full duties with NO RESTRICTIONS on _____
☐ Can participate in a modified work program starting _____ and continuing to _____  OR
(Please note: If modified work is not available, this patient is then unable to work for this time period.)
☐ Restrictions: _____ hours per day  _____ hours per week

**BASED ON AN 8-HOUR DAY EMPLOYEE CAN:**

| | | | |
|---|---|---|---|
| stand/walk | _____ minutes per hour | _____ total hours | ☐ no restrictions |
| sit | _____ minutes per hour | _____ total hours | ☐ no restrictions |
| drive | _____ minutes per hour | _____ total hours | ☐ no restrictions |

**LIFT/CARRY** (Occasionally = up to ⅓ workday. Frequently = up to ⅔ workday):

| | not at all | occasionally | frequently | no restrictions |
|---|---|---|---|---|
| 0-10 lbs. | ☐ | ☐ | ☐ | ☐ |
| 11-25 lbs. | ☐ | ☐ | ☐ | ☐ |
| 26-40 lbs. | ☐ | ☐ | ☐ | ☐ |

Can lift/carry up to _____ lbs.

**EMPLOYEE IS ABLE TO:**

| | not at all | occasionally | frequently | no restrictions |
|---|---|---|---|---|
| bend | ☐ | ☐ | ☐ | ☐ |
| squat | ☐ | ☐ | ☐ | ☐ |
| kneel | ☐ | ☐ | ☐ | ☐ |
| climb | ☐ | ☐ | ☐ | ☐ |
| reach above shoulders | ☐ | ☐ | ☐ | ☐ |
| perform repetitive hand motions | ☐ | ☐ | ☐ | ☐ |

ASSISTIVE DEVICES? (e.g., cast, brace, crutches) _____
RESTRICTIONS: _____

OTHER: _____

TREATMENT PLAN: _____

☐ Medication effects which could impair performance: _____

☐ Physical therapy required. Frequency: _____

EXHIBIT DUSTIN 9 5/12/08

NOTE: If patient is industrial, physician signature is REQUIRED.

SIGNATURE AND TITLE: [signature]
NAME (PRINT): Dustin
LOCATION/ADDRESS: OAK Neurology
DATE: 3/24/06
PHONE: 152-6309

98082 (REV 2-03)      DISTRIBUTION: WHITE = CHART • PINK & CANARY = PATIENT

7