SEYFARTH SHAW LLP
Dana L. Peterson (SBN 178499) dpeterson@seyfarth.com
Jonathan D. Martin (SBN 188744) jmartin@seyfarth.com
Andrew M. McNaught (SBN 209093) amcnaught@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
KAISER FOUNDATION HEALTH PLAN, INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO DAROSA,<br><br>  Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>  Defendant. | Case No. C07-03114 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION**<br><br>Date: October 31, 2008<br>Time: 9:00 AM<br>Location: Courtroom 10, 19th Floor<br>Judge: The Honorable Susan Illston |

Defendant KAISER FOUNDATION HEALTH PLAN, INC.'s ("Defendant") Motion for Summary Judgment or, in the Alternative, Summary Adjudication came on regularly for hearing before this Court on October 31, 2008. All parties were given notice and an opportunity to be heard, and each party was represented at the hearing by its counsel of record. The Court, having reviewed all of the papers and evidence filed in support of and in opposition to the motion, and having heard oral argument, rules as follows:

For the reasons stated in Defendant's Memorandum of Points and Authorities, and based on the authority cited therein, Defendant's Motion for Summary Judgment is hereby GRANTED. The Court finds no genuine disputed issues of material fact and determines that Plaintiff's claims

1 are without merit. Accordingly, Plaintiff's lawsuit is hereby dismissed, with prejudice. The
2 Clerk is ordered to close the file, and costs are awarded to Defendant.
3     IT IS SO ORDERED.
4
5 Dated: _____      _____
    United States District Judge

28 SF1 28333518.1

2

[PROPOSED] ORDER – CASE NO. C07-03114 SI