long time for me to speak with Mr. Mellon again, however, as he was out on vacation. When he returned, he informed me that Ms. Roper's supervisor had left his position. Mr. Mellon did make clear to me, however, that the termination was final, saying my status was not eligible for rehire.

17. During my post-termination efforts to solve my termination, I also spoke to people in the Human Resource Service Center, in Alameda. I asked if I had qualified for FMLA leave, and was told that I did. I asked about whether an FMLA claim had been opened by Ms. Roper on my behalf when I went out on medical leave for my medical condition in July to September of 2005. I recall being told Ms. Roper had opened an FMLA claim regarding my disability, but it had been closed due to the fact that I had returned to work. I later spoke to someone else in the Human Resources department about this issue, and was told that Kaiser's electronic personnel records showed the opening of a disability case by Ms. Roper on my behalf in 2005. I asked for a copy of those records, but the person I was speaking with declined to provide me with a copy.

I declare under penalty of perjury of the laws of the United States and California that the foregoing is true and correct. Executed this __ day September, 2008.

_____
Fernando daRosa    9·3·2008