8



Δπ EXHIBIT 11
Deponent K. Ayers
Date 8/27/08  Rptr.
WWW.DEPOBOOK.COM

K00474

**KAISER PERMANENTE**

ATTENTION MARGIE

Patient Name: Darosa, Fernando
Identification: 04295026

VISIT VERIFICATION/FA... LEAVE Health Care Provider Certification
(This section must be compl... and determined by treating provider only)
THE ABOVE NAMED PERSON...

- [ ] NO, does not have a "Ser... Health Condition" (see reverse for further information) OR
- [ ] YES, has a "Serious Heal... ...tion", as defined below (check one):
  1. [ ] Hospital care — [ ] Chronic condition requiring treatment
  2. [ ] Absence plus treatm... — [ ] is currently incapacitated
  3. [ ] Pregnancy — [ ] is not currently incapacitated
  
- [ ] Permanent/long-term condition requiring supervision ... [ ] Multiple treatments (non-chronic condition)
- [ ] Has a "Serious Health Co... ...n" and requires a family member to take time off from work to provide basic medical, personal or safety needs, transportation, or psychological comfort. ... probable frequency and duration of this need is _____
- [ ] Estimated date of Surgery/Procedure/Delivery: _____
- [ ] Diagnosis (Complete on patient request only): _____

THE ABOVE NAMED P... ...ION:
- [x] Was seen at this offic... on: **7/29/05**     [ ] Has been given telephone advice on: _____
- [ ] Has been ill and unab... to attend work/school/physical education **7/29/05** through **9/1/05**
- [ ] States he/she has b... ill and unable to attend work/school/physical education _____ through _____ OR
- [ ] Can return to full d... with NO RESTRICTIONS on _____
- [ ] Can participate in a m...dified work program starting _____ and continuing to _____
  (Please note: If m... ...d work is not available, this patient is then unable to work for this time period.)
- [ ] Restrictions: _____ hours per day _____ hours per week

BASED ON AN 8-HOUR DAY EMPLOYEE CAN:
- stand/walk ___ minutes per hour ___ total hours [ ] no restrictions
- sit ___ minutes per hour ___ total hours [ ] no restrictions
- drive ___ minutes per hour ___ total hours [ ] no restrictions

LIFT/CARRY (Occasio...l = up to 1/3 workday; Frequently = up to 2/3 workday):
- 0-10 lbs.: [ ] not at all [ ] occasionally [ ] frequently [ ] no restrictions
- 11-25 lbs.: [ ] not at all [ ] occasionally [ ] frequently [ ] no restrictions
- 26-40 lbs.: [ ] not at all [ ] occasionally [ ] frequently [ ] no restrictions
- Can lift/carry up t... ___ lbs.

EMPLOYEE IS ABLE TO:
- bend: [ ] not at all [ ] occasionally [ ] frequently [ ] no restrictions
- squat: [ ] not at all [ ] occasionally [ ] frequently [ ] no restrictions
- kneel: [ ] not at all [ ] occasionally [ ] frequently [ ] no restrictions
- climb: [ ] not at all [ ] occasionally [ ] frequently [ ] no restrictions
- reach above shoul...: [ ] not at all [ ] occasionally [ ] frequently [ ] no restrictions
- perform repetitive ... motions: [ ] not at all [ ] occasionally [ ] frequently [ ] no restrictions

ASSISTIVE DEVICES ... (e.g., cast, brace, crutches): _____
RESTRICTIONS: _____
OTHER: _____
TREATMENT PLAN: _____
- [ ] Medication effects w...ich could impair performance: _____
- [ ] Physical therapy r... ...ired. Frequency: _____

NOTE: If patient is Industrial, physician signature is REQUIRED.

SIGNATURE AND TITLE: [signature]    DATE: 7/29/05
NAME (PRINT): F. S...N, MD    LOCATION/ADDRESS: ACM    PHONE: 132-6529

66082 (REV 2-03)    DISTRIBUTION: WHITE - CHART • PINK & CANARY - PATIENT

K00475

**KAISER PERMANENTE®**
VISIT VERIFICATION/FAMILY LEAVE Health Care Provider Certification

Patient Name
Identification

04245026

IMPRINT AREA

**THE ABOVE NAMED PERSON:**

☑ Was seen at this office on: 8/29/05    ☐ Has been given telephone advice on: _____

☑ Has been ill and unable to attend work/school/physical education  8/29/05  through  9/5/05

☐ States he/she has been ill and unable to attend work/school/physical education _____ through _____

☐ Can return to full duties with NO RESTRICTIONS on  9/6/05                                      OR

☐ Can participate in a modified work program starting _____ and continuing to _____
   (Please note: If modified work is not available, this patient is then unable to work for this time period.)

☐ Restrictions: _____ hours per day     _____ hours per week

**BASED ON AN 8-HOUR DAY EMPLOYEE CAN:**

stand/walk  _____ minutes per hour   _____ total hours   ☐ no restrictions
sit         _____ minutes per hour   _____ total hours   ☐ no restrictions
drive       _____ minutes per hour   _____ total hours   ☐ no restrictions

**LIFT/CARRY** (Occasionally = up to ⅓ workday. Frequently = up to ⅔ workday):

|  | not at all | occasionally | frequently | no restrictions |
|---|---|---|---|---|
| 0-10 lbs. | ☐ | ☐ | ☐ | ☐ |
| 11-25 lbs. | ☐ | ☐ | ☐ | ☐ |
| 26-40 lbs. | ☐ | ☐ | ☐ | ☐ |

Can lift/carry up to _____ lbs.

**EMPLOYEE IS ABLE TO:**

|  | not at all | occasionally | frequently | no restrictions |
|---|---|---|---|---|
| bend | ☐ | ☐ | ☐ | ☐ |
| squat | ☐ | ☐ | ☐ | ☐ |
| kneel | ☐ | ☐ | ☐ | ☐ |
| climb | ☐ | ☐ | ☐ | ☐ |
| reach above shoulders | ☐ | ☐ | ☐ | ☐ |
| perform repetitive hand motions | ☐ | ☐ | ☐ | ☐ |

ASSISTIVE DEVICES? (e.g., cast, brace, crutches) _____

RESTRICTIONS: _____

OTHER: _____

TREATMENT PLAN: _____

☐ Medication effects which could impair performance: _____

☐ Physical therapy required. Frequency: _____

NOTE: If patient is **industrial, physician** signature is **REQUIRED.**

SIGNATURE AND TITLE: _____    DATE: 8/29/05
NAME (PRINT): _____    LOCATION/ADDRESS: ALAMEDA    K00476    PHONE: _____