EXHIBIT 2 Mellon 8-28-08 cm
PENGAD 800-631-6989

| Case id | Case Status | Case Creation Date | Case Summary | Case Description | Case Notes |
|---|---|---|---|---|---|
| 30659226□ | RESOL | 2007-03-20 | NPAY: 510-690-0088; ee needs duplicate paystubs for 2004-2005 | NPAY: 510-690-0088; ee needs duplicate paystubs for 2004-2005; advised to visit Ceridian website, but ee doesn't remember NUID... gave Nat'l help desk no and advised that Ceridian has 2005 paystubs to current paystubs. Also sent 3630-Pay advice duplicate request form | |
| 30659647□ | RESOL | 2007-03-20 | 3630- Pay Advice Copy Request | 3630- Pay Advice Copy RequestSee notes 4-3-07 | Employee requested years 2003 and 2004 which were not on the ceridian website. Mailed employee pay advices for year 2005 only. |
| 30659669□ | RESOL | 2007-03-20 | 2810-File Request | 2810-File Request | NPAY****510-690-0088****calling to check status of request. Advised EE per case notes, that 2003-2004 paystub not available and mailed 2005. NPAY: 510-690-0088; submitted a request for copy of paystubs about 2 wks ago and has not rec'd it yet...Txfr to Felicia Smith, reg 2 payroll EE DOH 05/29/2001. E-file sent DHL ground waybill #20677672654. |
| 30661937□ | DUP | 2007-03-21 | 3630- Pay Advice Copy Request-dup'l | 3630- Pay Advice Copy Request | |
| 30672597□ | RESOL | 2007-03-26 | 0206-EDD SDI | 0206-EDD SDI | |
| 30692267□ | RESOL | 2007-04-04 | Inquiry of Medical Leave | NLVS:510-690-00859YB); EE called wanting to know reason manager gave to close FMLA case.Per EE, he was told by someone, in the HRSC, that his manager called to request FMLA for him, but then called to have case closed.Advised per case #15265850, a case was opened due to he had been out on disability and tc coding was needed; and the case had been closed due to EE had RTW.Advised I do not see a case relating to FMLA in 2005 EE requested a copy of the Kermit notes Advised Kermit notes are not given out and he would need to contract ELRC. | |
| 30700231□ | RESOL | 2007-04-09 | 0205-Unemp 3rd Party | 0205-Unemp 3rd Party | |
| 30712203□ | RESOL | 2007-04-13 | NPAY - 510.690.0088 | NPAY - 510.690.0088 EE how did sick leave accrue in 2005? Advsd 16/month EE needs duplicate paystubs | |
| 31014059□ | RESOL | 2007-08-31 | Information Request | Information Request | |
| 31015145□ | RESOL | 2007-08-31 | 2810-File Request | 2810-File Request | |
| 31376366□ | RESOL | 2008-02-06 | 2810-File Request | 2810-File Request | |
| 6202230□□ | RESOL | 2001-05-18 | N141-NEW HIRE DATA SHEET | N141-NEW HIRE DATA SHEET | |
| 6205897□□ | RESOL | 2001-05-21 | N141-NEW HIRE DATA SHEET | N141-NEW HIRE DATA SHEET | |
| 6218756□□ | RESOL | 2001-05-23 | N162-BACKGROUND CHECK | N162-BACKGROUND CHECK | |
| 6226575□□ | RESOL | 2001-05-24 | N66-DE4 TAX WITHOLDING | N66-DE4 TAX WITHOLDING | |

K00656

| | | | | |
|---|---|---|---|---|
| 6226604□□ | RESOL | 2001-05-24 | N64 W4 TAX WITHOLDING | N64 W4 TAX WITHOLDING |
| 6229777□□ | RESOL | 2001-05-24 | N143-REFERENCE CHECKS | N143-REFERENCE CHECKS |
| 6231108□□ | RESOL | 2001-05-24 | N101 - Application | N101 - Application |
| 6232604□□ | RESOL | 2001-05-24 | N142-NEW HIRE CHECKLIST | N142-NEW HIRE CHECKLIST |
| 6233230□□ | RESOL | 2001-05-24 | N108-RESUME | N108-RESUME |
| 6239758□□ | RESOL | 2001-05-29 | N102 - SELF IDENTIFICATI | N102 - SELF IDENTIFICATI |
| 6289478□□ | RESOL | 2001-06-07 | N72-PREPLACE/EMP.PHYSICA | N72-PREPLACE/EMP.PHYSICA |
| 6290758□□ | RESOL | 2001-06-07 | This case has been migrated from KHRMIT | |
| 6341271□□ | RESOL | 2001-06-19 | N107-GUIDELINES FOR TRAN | N107-GUIDELINES FOR TRAN |
| 6380252□□ | RESOL | 2001-06-27 | N122-90-DAY HP ENROLL | N122-90-DAY HP ENROLL |
| 6380506□□ | RESOL | 2001-06-27 | N36-BENEFITS ENROLLMENT | N36-BENEFITS ENROLLMENT |
| 6381692□□ | RESOL | 2001-06-27 | N48-LANGUAGE PROFICIENC | N48-LANGUAGE PROFICIENC |
| 6382201□□ | RESOL | 2001-06-27 | N38-LIFE INS.BENEFICIARY | N38-LIFE INS.BENEFICIARY |
| 6382893□□ | RESOL | 2001-06-27 | N25-FINAL PAYCHECK BENEF | N25-FINAL PAYCHECK BENEF |
| 6382983□□ | RESOL | 2001-06-27 | N104-CONFIDENTIALITY AG | N104-CONFIDENTIALITY AG |
| 6383023□□ | RESOL | 2001-06-27 | N105-CHILD ABUSE | N105-CHILD ABUSE |
| 6383084□□ | RESOL | 2001-06-27 | N106-DEP ADULT&ELDER | N106-DEP ADULT&ELDER |
| 6410044□□ | RESOL | 2001-07-05 | FAX 90 DAY PLAN | *** Fulfillment(s): ¦ Form FLMNT - FAX - HMSCO - 90-Day Health Plan Enrollment - NB12C ¦ *** FAX 90 DAY PLAN |
| 6410054□□ | RESOL | 2001-07-05 | I FAXED TO EE 90 DAY PLAN FOR HIS FAMILY, THEY AR ALREADY ENROLLED EFF 6/1/01. HE WILL FAX 90 DAY ENROLLMENT TO YOU | I FAXED TO EE 90 DAY PLAN FOR HIS FAMILY, THEY AR ALREADY ENROLLED EFF 6/1/01. HE WILL FAX 90 DAY ENROLLMENT TO YOU |
| 6611858□□ | RESOL | 2001-08-21 | N01-AUTOFILE BEN ADMIN | N01-AUTOFILE BEN ADMIN |
| 6746288□□ | RESOL | 2001-09-19 | EE CALLED BECAUSE DELTAL ISN'T SHOWING HIM ACTIVE. | INFORMED EE PS SEND INFO TO DELTA BY TAPE AND THEY HAVE TO UPLOAD THE INFORMATION. INFORMED EE HE COULD HAVE HIS DENTAL OFFICE CALL PS TO VERIFY COVERAGE UNTIL DELTA UPDATE INFORMATION. |
| 6806506□□ | RESOL | 2001-10-01 | EE Q'S IF HE IS ACTIVE ADV YES EFF 09-01-01 | |
| 7149036□□ | RESOL | 2001-12-05 | N146-COMMUTER CHOICE | N146-COMMUTER CHOICE |
| 7587661□□ | RESOL | 2002-02-21 | MNGR WANTED TO KNOW IF EE HAD HIS I9 FORMS ON FILE | LOOKED THROUGH FILE AND DID NOT SEE I9 |
| 9061922□□ | RESOL | 2002-11-04 | EE wanted to know if he can enroll his spouse's sister (11yrs ) | Went to research and call was lost. If he calls back please advise he can submit an add form along with petition to adopt. We will also need court ppwrk once its finalized. |
| 9101856□□ | RESOL | 2002-11-11 | ISELA CALLED FOR TOTAL PTO | ADV BAL 8.0 ANNUAL, 24.0 EARNED & EARNING 16 HOURS PER MONTH. |
| 9250338□□ | RESOL | 2002-12-03 | MGR NAME ISELA DIAZ 8-492-7046. | EE IS SUBMITTING PAPERWORK FOR FMLA. LDW 11/18/02-11/25/02. |
| 9273272□□ | RESOL | 2002-12-05 | ee cld wanted to know whether they can deny him time off | without pay? advised him that it is upon mgr's descretion |
| 9343863□□ | RESOL | 2002-12-17 | ee states he called delta and was told he didn't have any dntl | bnfts. i looked in pps and delta's website showing ee and family eff 9/1/01. gave ee gr# and name |

K00657

| | | | | |
|---|---|---|---|---|
| 9946024□□ | RESOL | 2003-03-24 | N61-PAY CHANGES | N61-PAY CHANGES |
| 9946025□□ | RESOL | 2003-03-24 | N61-PAY CHANGES | N61-PAY CHANGES |
| 9946026□□ | RESOL | 2003-03-24 | N08-AUTOFILE STAF/RECRUT | N08-AUTOFILE STAF/RECRUT |
| 9946027□□ | RESOL | 2003-03-24 | N108-RESUME | N108-RESUME |
| 10068802□ | RESOL | 2003-04-09 | N104-CONFIDENTIALITY AG | N104-CONFIDENTIALITY AG |
| 10276052□ | RESOL | 2003-05-09 | CALLING TO INQUIRE WHY EE'S NEW RATE NOT ON CHECK. VERI | NEW RATE ENTERED ON 4/6 EFF 4/21, VERIFIED SALARY CORRECT. INFORMED MAYBE BECAUSE EFF DATE MIDDLE OF PAY PERIOD. REFERED TO PAYROLL TO DOUBLE CHECK & TO FOLLOW UP ABOUT RETRO. |
| 10407686□ | RESOL | 2003-06-02 | N46-UPDATE PERFORM EVAL | N46-UPDATE PERFORM EVAL |
| 10576071□ | RESOL | 2003-06-30 | This case has been migrated from KHRMIT | |
| 10945080□ | RESOL | 2003-08-29 | N46-UPDATE PERFORM EVAL | N46-UPDATE PERFORM EVAL |
| 12085703□ | RESOL | 2004-03-25 | N46-UPDATE PERFORM EVAL | N46-UPDATE PERFORM EVAL |
| 12094613□ | RESOL | 2004-03-26 | N46-UPDATE PERFORM EVAL | N46-UPDATE PERFORM EVAL |
| 12362256□ | RESOL | 2004-05-11 | N46-UPDATE PERFORM EVAL | N46-UPDATE PERFORM EVAL |
| 12622823□ | RESOL | 2004-06-28 | This case has been migrated from KHRMIT | |
| 12749029□ | RESOL | 2004-07-21 | N216-VOT | N216-VOT |
| 12749031□ | RESOL | 2004-07-21 | N215-FMLA APPLICATION | N215-FMLA APPLICATION |
| 12759281□ | RESOL | 2004-07-22 | N222-NOTIF. OF TIME OFF | N222-NOTIF. OF TIME OFF |
| 12759282□ | RESOL | 2004-07-22 | N216-VOT | N216-VOT |
| 12759283□ | RESOL | 2004-07-22 | N215-FMLA APPLICATION | N215-FMLA APPLICATION |
| 12912410□ | RESOL | 2004-08-20 | EE CALLED TO VERFIY EMPID # . | CONFIRMED EE EMPID # . |
| 12942546□ | RESOL | 2004-08-26 | MGR WILL FAX TERM INFO TO X3148 | |
| 13005852□ | RESOL | 2004-09-08 | | *** Fulfillment(s): ¦ Form FLMNT - MAIL - HMSCO - EDD - For Your Benefit Brochure NB08A ¦ ¦ Form FLMNT - FAX - HHIRE - Name, Address, SSN Change - NH20A ¦ *** |
| 13049055□ | RESOL | 2004-09-15 | Rehired again... | Still showing term'd. Told him that the NHDS comes from recruiting & that he will want to go to his supe. Also suggested that he contact Don K. in recruiting in Oakland. |
| 13056187□ | RESOL | 2004-09-16 | N141-NEW HIRE DATA SHEET | N141-NEW HIRE DATA SHEET |
| 13172717□ | RESOL | 2004-10-05 | EE IS A REHIRE, INQ ABOUT BENEFITS. | EE SAYS HE IS NOT SHOWING IN FOUND SYSTEM. EE TERM 8/04 AND REHIRED 9/13. INF EE THAT INFO SENT TO CSC VIA TAPE AND FOUNDATIONS WILL BE UPDATED. |
| 13192224□ | RESOL | 2004-10-07 | ee says he is not showing as he has benfits or under any coverag | transfered to benefits team |
| 13192249□ | RESOL | 2004-10-07 | Verification of benefits... | Ellen Small, from Oakland's CDRP, got on the phone to verify that EE has coverage, eff. 10/1/04. Provided my full name & direct tie line. Also provided the mid-plan group #. |
| 13278595□ | RESOL | 2004-10-20 | N74-MISC HEALTH | N74-MISC HEALTH |

K00658

| | | | | | |
|---|---|---|---|---|---|
| 13344423□ | RESOL | 2004-10-29 | pls mail...ee states he did nt rec've his new hire bnft pkt | *** Fulfillment(s): ¦ Form FLMNT - MAIL - HMSCO - Benefit Packet - Salaried & Non-Union/Non-Exempt - NB10A ¦ *** told ee it was mailed 9/16/04. informed him i wld request another one to be mailed today | |
| 13344711□ | RESOL | 2004-10-29 | pls. mail....ee states he has nt rec'vd his new hire pkt | *** Fulfillment(s): ¦ Form FLMNT - MAIL - HHIRE - New Hire Salaried KFH/KFHP (Ent 1&8) P/T & F/T Reg - NS12K ¦ *** informed him one was snt 9/16/04 told him i wld request another one be mailed to him | |
| 13385261□ | RESOL | 2004-11-04 | N162-BACKGROUND CHECK | N162-BACKGROUND CHECK | |
| 13385853□ | RESOL | 2004-11-04 | N162-BACKGROUND CHECK | N162-BACKGROUND CHECK | |
| 13409581□ | RESOL | 2004-11-08 | N64 W4 TAX WITHOLDING | N64 W4 TAX WITHOLDING | |
| 13409980□ | RESOL | 2004-11-08 | N66-DE4 TAX WITHOLDING | N66-DE4 TAX WITHOLDING | |
| 13410752□ | RESOL | 2004-11-08 | BONNIE, FROM WFS FINANCIAL CALLED FOR VOE. | ONLY VERIFIED LENGTH OF EMPLOYMENT; JOB TITLE AND THAT EE IS A FULLTIME CURRENT EMPLOYED. | |
| 13436723□ | RESOL | 2004-11-11 | N102 - SELF IDENTIFICATI | N102 - SELF IDENTIFICATI | |
| 13446998□ | RESOL | 2004-11-12 | N101 - Application | N101 - Application | |
| 13448269□ | RESOL | 2004-11-12 | N162-BACKGROUND CHECK | N162-BACKGROUND CHECK | |
| 13451028□ | RESOL | 2004-11-12 | N103-BENEFICIARY DESGINA | N103-BENEFICIARY DESGINA | Meta-data update to EIN has moved document 781/26-546580 to Anonymous Employee, 00000. This document was set as an auto-file and no new case was created. |
| 13451077□ | RESOL | 2004-11-12 | N122-90-DAY HP ENROLL | N122-90-DAY HP ENROLL | |
| 13451562□ | RESOL | 2004-11-12 | N48-LANGUAGE PROFICIENC | N48-LANGUAGE PROFICIENC | |
| 13451581□ | RESOL | 2004-11-12 | N142-NEW HIRE CHECKLIST | N142-NEW HIRE CHECKLIST | |
| 13451771□ | RESOL | 2004-11-12 | N55-DIRECT DEPOSIT | N55-DIRECT DEPOSIT | |
| 13454321□ | RESOL | 2004-11-12 | N103-BENEFICIARY DESGINA | N103-BENEFICIARY DESGINA | |
| 13469808□ | RESOL | 2004-11-16 | N143-REFERENCE CHECKS | N143-REFERENCE CHECKS | |
| 13471939□ | RESOL | 2004-11-16 | N107-GUIDELINES FOR TRAN | N107-GUIDELINES FOR TRAN | |
| 13501162□ | RESOL | 2004-11-18 | N74-MISC HEALTH | N74-MISC HEALTH | |
| 13516812□ | RESOL | 2004-11-22 | please mail to ee. | *** Fulfillment(s): ¦ Form FLMNT - MAIL - HMSCO - TSA Enrollment Kit - NB07A ¦ *** | |
| 13517299□ | RESOL | 2004-11-22 | ee called re flex benefits. | EE is a rehire within 6 months and should have been re-enrld in flex benefits. EE enrld in 90 day benefits in error. Inf ee that I will make correction. | |
| 13528195□ | RESOL | 2004-11-23 | N04-APO GEN ORIENTATION | N04-APO GEN ORIENTATION | |
| 13537364□ | RESOL | 2004-11-24 | N25-FINAL PAYCHECK BENEF | N25-FINAL PAYCHECK BENEF | |
| 13537418□ | RESOL | 2004-11-24 | N38-LIFE INS.BENEFICIARY | N38-LIFE INS.BENEFICIARY | |
| 13538818□ | RESOL | 2004-11-24 | N104-CONFIDENTIALITY AG | N104-CONFIDENTIALITY AG | |
| 13540473□ | RESOL | 2004-11-24 | N105-CHILD ABUSE | N105-CHILD ABUSE | |
| 13540667□ | RESOL | 2004-11-24 | N106-DEP ADULT&ELDER | N106-DEP ADULT&ELDER | |
| 13554174□ | RESOL | 2004-11-26 | N01-AUTOFILE BEN ADMIN | N01-AUTOFILE BEN ADMIN | |

K00659

| | | | | |
|---|---|---|---|---|
| 13575608□ | RESOL | 2004-11-30 | This case has been migrated from KHRMIT | |
| 13579549□ | RESOL | 2004-12-01 | This case has been migrated from KHRMIT | |
| 13586519□ | RESOL | 2004-12-01 | N229-CORP COMPL MGR | N229-CORP COMPL MGR |
| 13594022□ | RESOL | 2004-12-02 | N229-CORP COMPL MGR | N229-CORP COMPL MGR |
| 13635178□ | RESOL | 2004-12-08 | INQ BENEFIT MEDICAL COVERAGE | ADV WILLTRANFER TO BENEFITST TEAM |
| 13635194□ | RESOL | 2004-12-08 | ee needs to delet spouse from benefits | *** Fulfillment(s): ¦ Form FLMNT - FAX - HMSCO - Add/Delete Dependent Information - NB12D ¦ *** faxed over to ee thanks |
| 13719840□ | RESOL | 2004-12-20 | N116-PRINCIPLES OF RESP | N116-PRINCIPLES OF RESP |
| 13741473□ | RESOL | 2004-12-22 | INQ BENEFITS NOT CORRECT . | ADV WILL TRANSFER TO BENEFITS TEAM. DIVORCE DEC 3 2004. SON ONLY ON BENEFITS. |
| 13902538□ | RESOL | 2005-01-18 | This case has been migrated from KHRMIT | |
| 14076311□ | RESOL | 2005-02-11 | EE STATES THAT HE HAS BEEN TRYING TO ACTIVATE DD AND NO | GETTING PROCESSED. ADV EE THAT THE FORM THAT WAS SENT DIDNT HAVE ANY INFO ON FORM AND ADV EE THAT IF HE DOES FAX FORM TO MY ATTN TO 3159 AND REGISTER EE ON HRACCESS DUE TO EE SYSTEM NOT WORKING. |
| 14078825□ | RESOL | 2005-02-11 | N55-DIRECT DEPOSIT | N55-DIRECT DEPOSIT |
| 14219213□ | RESOL | 2005-03-03 | EE calling because he needs to change his withholdings. | Advsd need to either complete new forms or use HR Access. EE states he has to wait for his password for HR Access. Directed him to HR web to download forms. Gave fax# to return forms. Advsd him to f/u after faxing to make sure fax rcvd by HRSC. |
| 14281427□ | RESOL | 2005-03-14 | bonus amount is wrong | *** Fulfillment(s): ¦ Form FLMNT - FAX - HPYDT - PSP Award Audit Request (LMP Employees) - NP05A ¦ *** advsd to complete audit form make sure manager signs and fax to total comp. they will review and contact ee |
| 14541785□ | RESOL | 2005-04-19 | N146-COMMUTER CHOICE | N146-COMMUTER CHOICE |
| 15265850□ | RESOL | 2005-08-19 | This case has been migrated from KHRMIT | |
| 15479848□ | RESOL | 2005-10-17 | wfs financial. | verified member services, full time, for more speicific info please fax written request with ee's auth |
| 15499095□ | RESOL | 2005-10-21 | co; ONNYX ACCEPTANCE | verified: current ee hire date. job title. |
| 15604312□ | RESOL | 2005-11-17 | calling to get copies of pay chk stubb | adv ee to call payroll. also told ee about hr access. ee stated already signed up. gave ee number to hr access tech support to see if ee can get password today. |
| 15628292□ | RESOL | 2005-11-23 | N57-UPDATE CREDIT UNION | N57-UPDATE CREDIT UNION |
| 15870755□ | RESOL | 2006-01-27 | FAXING OVER SAMEDAY TERM TO 3148 | FAXING TO JUDY Z, BECAUSE NEEDS CK TODAY. |
| 15871664□ | RESOL | 2006-01-27 | wk item number 15870755 inq: what term code to use on the par | adv: mgr will not need to send in term code. |
| 15874838□ | RESOL | 2006-01-27 | This case has been migrated from KHRMIT | |
| 15877140□ | RESOL | 2006-01-30 | Termination Letter. | *** Fulfillment(s): ¦ Form FLMNT - MAIL - HMSCO - EDD - For Your Benefit Brochure NB08A ¦ *** Please refer to wi#15874838. |
| 16062296□ | RESOL | 2006-03-14 | N201-EDD CLAIM NOTICE | N201-EDD CLAIM NOTICE |

K00660

| | | | | |
|---|---|---|---|---|
| 16254240□ | RESOL | 2006-04-26 | N49-REQ TO VIEW FILE | N49-REQ TO VIEW FILE |
| 16332832□ | RESOL | 2006-05-11 | N200-EDD UNEMPLOYMENT | N200-EDD UNEMPLOYMENT |
| 16536445□ | RESOL | 2006-06-29 | EE cld to find out how could he rehired EE was terminated | Adv him to contact ELRC @ 510-987-2832 |
| 16918088□ | RESOL | 2006-09-22 | N49-REQ TO VIEW FILE | N49-REQ TO VIEW FILE |
| 16951549□ | RESOL | 2006-09-29 | This case has been migrated from KHRMIT | |

K00661