| Case | Notes | Case History | Related Cases | Interested Parties | Employee Records |

**Case:** 12622823  
**Employee ID:** 00399489  
**Name:** Darosa, Ferna...  
**Status:** Closed - Res...  
**Summary:** This case has been migrated from KHRMIT  
03/07/2008 12:23:18PM PST    My Time Zone

☐ Secured          ☐ Anonymous Employee

## Employee Information

## Problem Information

**Summary:** This case has been migrated from KHRMIT  
**Description:**

**Case Type:**  
**Quick Code:**  
**Specialty Type:**  
***Priority:** 1 - Immediately  
***Case Status:** Closed - Resolved  
**Provider Group:** LOA  

**Trans Eff Date:**  
**Category:** Benefits  
**Detail:**  
**Severity:** One Affected  
**Source:** Agent  
**Assigned To:** (Legacy)Landry, Carm

## Resolution Information

**Resolution Status:** Successful Resolution  
**Resolution Summary:** Case Closed  
**Resolution Details:** Case Resolved

[Resolution Failed]

☐ Resolved by First Contact

### Solutions Considered for this Case

| Select | Solution ID | Summary | *Resolution Status | Date Modified |
|---|---|---|---|---|
| ☐ | 44035251 | Case Closed | Successful Resolution | 10/20/2004 8:20:05AM PDT |

Customize | Find | View All    First 1 of 1 Last

☑ Select All    ☐ Clear All  
Email Selected Solution(s)

## Action Information

No Link Actions have been taken for this case.

**HRMS:** Personal Data    [Go]  
**Benefits:** Vacation Plans    [Go]  
**Payroll:** Paycheck - US    [Go]

Δπ EXHIBIT 13  
Deponent G. Kato  
Date 8/27/08 Rptr 19  
WWW.DEPOBOOK.COM

**Created:** 06/28/2004 10:04AM PDT (Legacy)Mohamed, Tajo  
**Last Modified:** 10/20/2004 8:20AM PDT (Legacy)Mohamed  
**Closed:** 10/20/2004 8:20AM PDT (Legacy)Mohamed

K00638

HR HelpDesk

| Case | **Notes** | Case History | Related Cases | Interested Parties | Employee Records |

🖫 360 ⎚ ✋ 🔍 📇 📧 📤 📥 📨 📬

| Case | Employee ID | Name | Status | 03/07/2008 12:23:47PM PST | My Time Zone |
|---|---|---|---|---|---|
| 12622823 | 00399489 | Darosa,Ferna... | Closed - Res... | Summary: This case has been migrated from KHRMIT | |

**Notes**

Added:

Find | View All    First    1 of 1    Last

*Summary: [                    ]

Details: [                    ]

*Visibility: [Internal ▼]    Note Contact: [          🔍]

Note Type: [        ▼]

Origin:

[ Add Note ]

There are no fulfillment request associated with this case.

[ Refresh Log ]

🖫 [ Save ]

Case | Notes | Case History | Related Cases | Interested Parties | Employee Records

K00639

| Case | Employee ID | Name | Status | 03/07/2008 12:24:07PM PST | My Time Zone |
|---|---|---|---|---|---|
| 12622823 | 00399489 | Darosa, Ferna... | Closed - Res... | Summary: This case has been migrated from KHRMIT | |

Events    Interactions    Audit

### Event History

Customize | Find | View All | First 1-10 of 24 Last

| Date | Action Taken | Details | Visibility | Changed By |
|---|---|---|---|---|
| 07/12/2004 10:49AM PDT | based on hqe$71.28 daily | User Activity | All | Dennie, Nicol |
| 07/12/2004 10:49AM PDT | holiday, 5 ucd days and repay$130.88 and 80 hrs code 975 | User Activity | All | Dennie, Nicol |
| 07/12/2004 10:49AM PDT | advised linda @ 8-492-7908 to code ppe 07/10/04: 72 esl, 8 | User Activity | All | Dennie, Nicol |
| 08/09/2004 11:02AM PDT | ppe 8/7 adv 64 reg/16 esl; ldw 8/4, hosp 8/5, unsure of rtw stat | User Activity | All | Washington, Judith |
| 08/09/2004 11:01AM PDT | rcvd cll frm linda huie, sec, tie 8-492-7908; inq abt t/c for | User Activity | All | Washington, Judith |
| 07/28/2004 2:16PM PDT | Document 97234219, N215-FMLA APPLICATION was copied from work it | Document copy source | All | Powell, Rebecca |
| 07/28/2004 2:16PM PDT | Document 97183814, N215-FMLA APPLICATION was copied from work it | Document copy source | All | Powell, Rebecca |
| 07/26/2004 11:44AM PDT | Document 97234221, N216-VOT was copied from work item 12759282 | Document copy source | All | Guevarra, Luzel G |
| 07/26/2004 11:43AM PDT | Document 97234218, N222-NOTIF. OF TIME OFF was copied from work | Document copy source | All | Guevarra, Luzel G |
| 07/26/2004 11:42AM PDT | Document 97183816, N216-VOT was copied from work item 12749029 | Document copy source | All | Guevarra, Luzel G |

Save

Case | Notes | Case History | Related Cases | Interested Parties | Employee Records

03/07/2008 1:00:05PM PST  My Time Zone

| Case | Employee ID | Name | Status | Summary |
|---|---|---|---|---|
| 13575608 | 00399489 | Darosa,Ferna... | Closed - Res... | This case has been migrated from KHRMIT |

☐ Secured   ☐ Anonymous Employee

▷ **Employee Information**

▽ **Problem Information**

*Summary: This case has been migrated from KHRMIT
Description:

| | | | |
|---|---|---|---|
| Case Type: | | Trans Eff Date: | |
| Quick Code: | | Category: | HR |
| Specialty Type: | | Detail: | |
| *Priority: | 1 - Immediately | Severity: | One Affected |
| *Case Status: | Closed - Resolved | Source: | Agent |
| Provider Group: | Pay Data | Assigned To: | Jones,Lakeisha |

▽ **Resolution Information**

Resolution Status:    Successful Resolution
Resolution Summary:   Case Closed                  [Resolution Failed]
Resolution Details:   Case Resolved

☐ Resolved by First Contact

**Solutions Considered for this Case**                       Customize | Find | View All       First 1 of 1 Last

| Select | Solution ID | Summary | *Resolution Status | Date Modified |
|---|---|---|---|---|
| ☐ | 44381988 | Case Closed | Successful Resolution | 11/30/2004 3:47:03PM PST |

☑ Select All   ☐ Clear All
[Email Selected Solution(s)]

▽ **Action Information**
No Link Actions have been taken for this case.

HRMS:     Personal Data      [Go]
Benefits: Vacation Plans     [Go]
Payroll:  Paycheck - US      [Go]

Created:  11/30/2004 3:46PM PST  Jones,Lakeisha       Last Modified: 11/30/2004 3:47PM PST  Jones,Lakeisha
                                                      Closed:        11/30/2004 3:47PM PST  Jones,Lakeisha

K00641

HR HelpDesk



There are no fulfillment request associated with this case.

Refresh Log

Save

Case | Notes | Case History | Related Cases | Interested Parties | Employee Records

K00642

| Case | Notes | Case History | Related Cases | Interested Parties | Employee Records |

💾 360 · · · · · · · · ·

03/07/2008 1:00:42PM PST  My Time Zone

| Case | Employee ID | Name | Status | Summary |
|---|---|---|---|---|
| 13575608 | 00399489 | Darosa,Ferna... | Closed - Res... | This case has been migrated from KHRMIT |

Events    Interactions    Audit

### Event History

Customize | Find | View All    First 1-4 of 4 Last

| Date | Action Taken | Details | Visibility | Changed By |
|---|---|---|---|---|
| 11/30/2004 3:47PM PST | Work Item completed. | Work Item completed | All | Jones-Hooker,Lakeisha |
| 11/30/2004 3:46PM PST | FOR 11/13/04. PROC'D ADJ TO CREDIT DIFFERENCE OFR +1.34 | User Activity | All | Jones-Hooker,Lakeisha |
| 11/30/2004 3:46PM PST | ERROR REPORT; SYSTEM DID NOT GIVE FULL PTO ACCRUAL | User Activity | All | Jones-Hooker,Lakeisha |
| 11/30/2004 3:46PM PST | Work Item created manually. | Work Item created ma | All | Jones-Hooker,Lakeisha |

💾 Save

Case | Notes | Case History | Related Cases | Interested Parties | Employee Records

K00643

| Case | Notes | Case History | Related Cases | Interested Parties | Employee Records |

03/07/2008 1:01:09PM PST — My Time Zone

| Case | Employee ID | Name | Status | Summary |
|---|---|---|---|---|
| 13579549 | 00399489 | Darosa,Ferna... | Closed - Res... | This case has been migrated from KHRMIT |

☐ Secured    ☐ Anonymous Employee

## Employee Information

## Problem Information

**Summary:** This case has been migrated from KHRMIT
**Description:**

| Case Type: | | Trans Eff Date: | |
|---|---|---|---|
| Quick Code: | | Category: | HR |
| Specialty Type: | | Detail: | |
| *Priority: | 1 - Immediately | Severity: | One Affected |
| *Case Status: | Closed - Resolved | Source: | Agent |
| Provider Group: | Pay Data | Assigned To: | (Legacy)Elliott,Michell |

## Resolution Information

Resolution Status: Successful Resolution
Resolution Summary: Case Closed
Resolution Details: Case Resolved

[ Resolution Failed ]

☐ Resolved by First Contact

**Solutions Considered for this Case**

| Select | Solution ID | Summary | *Resolution Status | Date Modified |
|---|---|---|---|---|
| ☐ | 44383739 | Case Closed | Successful Resolution | 12/01/2004 9:29:45AM PST |

✓ Select All    ☐ Clear All
[ Email Selected Solution(s) ]

## Action Information

No Link Actions have been taken for this case.

| HRMS: | Personal Data | [Go] |
| Benefits: | Vacation Plans | [Go] |
| Payroll: | Paycheck - US | [Go] |

Created: 12/01/2004 9:29AM PST (Legacy)Elliott,Michelle J
Last Modified: 12/01/2004 9:29AM PST (Legacy)Elliott,Mic
Closed: 12/01/2004 9:29AM PST (Legacy)Elliott,Mic

K00644

# HR HelpDesk



There are no fulfillment request associated with this case.

Refresh Log

Save

Case | Notes | Case History | Related Cases | Interested Parties | Employee Records

K00645

| Case | Notes | **Case History** | Related Cases | Interested Parties | Employee Records |

03/07/2008 1:01:27PM PST  My Time Zone

| Case | Employee ID | Name | Status | Summary |
|---|---|---|---|---|
| 13579549 | 00399489 | Darosa,Ferna... | Closed - Res... | This case has been migrated from KHRMIT |

Events    Interactions    Audit

### Event History

Customize | Find | View All | First 1-3 of 3 Last

| Date | Action Taken | Details | Visibility | Changed By |
|---|---|---|---|---|
| 12/01/2004 9:29AM PST | Work Item completed. | Work Item completed | All | Elliott, Michelle |
| 12/01/2004 9:29AM PST | PROCESSED STOP EFFECTIVE 11/14/04. AUTO FILED PAPERWORK | User Activity | All | Elliott, Michelle |
| 12/01/2004 9:29AM PST | Work Item created manually. | Work Item created ma | All | Elliott, Michelle |

Save

Case | Notes | Case History | Related Cases | Interested Parties | Employee Records

03/07/2008 1:01:49PM PST  My Time Zone

| Case | Employee ID | Name | Status | Summary |
|---|---|---|---|---|
| 13902538 | 00399489 | Darosa, Ferna... | Closed - Res... | This case has been migrated from KHRMIT |

☐ Secured   ☐ Anonymous Employee

### Employee Information

### Problem Information

**Summary:** This case has been migrated from KHRMIT
**Description:**

| | | | |
|---|---|---|---|
| Case Type: | | Trans Eff Date: | |
| Quick Code: | | Category: | Benefits |
| Specialty Type: | | Detail: | |
| *Priority: | 1 - Immediately | Severity: | One Affected |
| *Case Status: | Closed - Resolved | Source: | Agent |
| Provider Group: | Enrollment | Assigned To: | Del Rosario, Victoria |

### Resolution Information

**Resolution Status:** Successful Resolution        [Resolution Failed]
**Resolution Summary:** Case Closed
**Resolution Details:** Case Resolved

☐ Resolved by First Contact

**Solutions Considered for this Case**          Customize | Find | View All    First  1 of 1  Last

| Select | Solution ID | Summary | *Resolution Status | Date Modified |
|---|---|---|---|---|
| ☐ | 44516751 | Case Closed | Successful Resolution | 01/18/2005 2:51:29PM PST |

☑ Select All    ☐ Clear All
[Email Selected Solution(s)]

### Action Information

No Link Actions have been taken for this case.

| HRMS: | Personal Data | [Go] |
|---|---|---|
| Benefits: | Vacation Plans | [Go] |
| Payroll: | Paycheck - US | [Go] |

**Created:** 01/18/2005 2:51PM PST         **Last Modified:** 01/18/2005 2:51PM PST
                                            **Closed:** 01/18/2005 2:51PM PST

K00647

| Case | Notes | Case History | Related Cases | Interested Parties | Employee Records |

360

03/07/2008 1:01:56PM PST    My Time Zone

| Case | Employee ID | Name | Status | Summary |
|---|---|---|---|---|
| 13902538 | 00399489 | Darosa, Ferna... | Closed - Res... | This case has been migrated from KHRMIT |

### Notes

Added:

Find | View All    First  1 of 1  Last

*Summary:

Details:

*Visibility: Internal        Note Contact:

Note Type:

Origin:

[Add Note]

There are no fulfillment request associated with this case.

[Refresh Log]

[Save]

Case | Notes | Case History | Related Cases | Interested Parties | Employee Records

K00648

03/07/2008 1:02:02PM PST  My Time Zone

| Case | Employee ID | Name | Status | Summary |
|---|---|---|---|---|
| 13902538 | 00399489 | Darosa,Ferna... | Closed - Res... | This case has been migrated from KHRMIT |

Events    Interactions    Audit

| Event History | | | | |
|---|---|---|---|---|
| Date | Action Taken | Details | Visibility | Changed By |
| 01/18/2005 2:51PM PST | Work Item completed. | Work Item completed | All | |
| 01/18/2005 2:51PM PST | enrolled ee in Plan 2 & 3 eff 9/13/04. retro memo to payroll | User Activity | All | |
| 01/18/2005 2:51PM PST | Work Item created manually. | Work Item created ma | All | |

Customize | Find | View All | First 1-3 of 3 Last

Save

Case | Notes | Case History | Related Cases | Interested Parties | Employee Records

K00649

03/07/2008 1:03:31PM PST   My Time Zone

| Case | Employee ID | Name | Status | Summary |
|---|---|---|---|---|
| 15874838 | 00399489 | Darosa,Ferna... | Closed - Res... | This case has been migrated from KHRMIT |

☐ Secured   ☐ Anonymous Employee

▷ **Employee Information**

▽ **Problem Information**

- *Summary: This case has been migrated from KHRMIT
- Description:
- Case Type:
- Quick Code:
- Specialty Type:
- *Priority: 1 - Immediately
- *Case Status: Closed - Resolved
- Provider Group: Term
- Trans Eff Date:
- Category: HR
- Detail:
- Severity: One Affected
- Source: Agent
- Assigned To: Phillips,Zina

▽ **Resolution Information**

- Resolution Status: Successful Resolution
- Resolution Summary: Case Closed
- Resolution Details: Case Resolved

[Resolution Failed]

☐ Resolved by First Contact

**Solutions Considered for this Case**   Customize | Find | View All   First 1 of 1 Last

| Select | Solution ID | Summary | *Resolution Status | Date Modified |
|---|---|---|---|---|
| ☐ | 45395678 | Case Closed | Successful Resolution | 01/30/2006 10:36:16AM PST |

☑ Select All   ☐ Clear All

[Email Selected Solution(s)]

▽ **Action Information**

No Link Actions have been taken for this case.

- HRMS: Personal Data   [Go]
- Benefits: Vacation Plans   [Go]
- Payroll: Paycheck - US   [Go]

Created: 01/27/2006 4:14PM PST  Phillips,Zina

Last Modified: 01/30/2006 10:36AM PST Phillips,Zina
Closed: 01/30/2006 10:36AM PST Phillips,Zina

K00650



There are no fulfillment request associated with this case.

Refresh Log

Save

Case | Notes | Case History | Related Cases | Interested Parties | Employee Records

K00651

03/07/2008 1:03:42PM PST  My Time Zone

| Case | Employee ID | Name | Status | Summary |
|---|---|---|---|---|
| 15874838 | 00399489 | Darosa,Ferna... | Closed - Res... | This case has been migrated from KHRMIT |

Events    Interactions    Audit

### Event History

Customize | Find | View All    First 1-8 of 8 Last

| Date | Action Taken | Details | Visibility | Changed By |
|---|---|---|---|---|
| 01/30/2006 10:36AM PST | Work Item completed. | Work Item completed | All | Phillips,Zina |
| 01/30/2006 10:36AM PST | Payout; final timecard hrs/PTO earned 15.05/PTO accrued 4.62 | User Activity | All | Phillips,Zina |
| 01/30/2006 10:35AM PST | Processed term, mailed term ltr, faxed UITR, faxed payout. | User Activity | All | Phillips,Zina |
| 01/27/2006 4:15PM PST | Pend Event Set. | Pend Event Set | All | Phillips,Zina |
| 01/27/2006 4:15PM PST | fax to 8499-3148 attn: Zina | User Activity | All | Phillips,Zina |
| 01/27/2006 4:15PM PST | and UITR term dt to reflect last day worked on timecard 1/24/06 | User Activity | All | Phillips,Zina |
| 01/27/2006 4:14PM PST | Urgent fax recv'd, left mess for mgr to revise PAR effective dt | User Activity | All | Phillips,Zina |
| 01/27/2006 4:14PM PST | Work Item created manually. | Work Item created ma | All | Phillips,Zina |

Save

Case | Notes | Case History | Related Cases | Interested Parties | Employee Records

K00652

**Tabs:** Case | Notes | Case History | Related Cases | Interested Parties | Employee Records

03/07/2008 1:04:06PM PST  My Time Zone

| Case | Employee ID | Name | Status | Summary |
|---|---|---|---|---|
| 16951549 | 00399489 | Darosa,Ferna... | Closed - Res... | This case has been migrated from KHRMIT |

☐ Secured     ☐ Anonymous Employee

▷ **Employee Information**

▽ **Problem Information**

- *Summary: This case has been migrated from KHRMIT
- Description:
- Case Type:
- Quick Code:
- Specialty Type:
- *Priority: 1 - Immediately
- *Case Status: Closed - Resolved
- Provider Group: Fulfillment - Files
- Trans Eff Date:
- Category: Fulfillment
- Detail:
- Severity: One Affected
- Source: Agent
- Assigned To: Penning, Donna M.

▽ **Resolution Information**

- Resolution Status: Successful Resolution
- Resolution Summary: Case Closed
- Resolution Details: Case Resolved

[Resolution Failed]

☐ Resolved by First Contact

**Solutions Considered for this Case**     Customize | Find | View All     First 1 of 1 Last

| Select | Solution ID | Summary | *Resolution Status | Date Modified |
|---|---|---|---|---|
| ☐ | 46072387 | Case Closed | Successful Resolution | 09/29/2006 1:01:13PM PDT |

☑ Select All    ☐ Clear All

[Email Selected Solution(s)]

▽ **Action Information**

No Link Actions have been taken for this case.

- HRMS: Personal Data  [Go]
- Benefits: Vacation Plans  [Go]
- Payroll: Paycheck - US  [Go]

Created: 09/29/2006 1:00PM PDT  Penning,Donna M.
Last Modified: 09/29/2006 1:01PM PDT Penning,Donna M
Closed: 09/29/2006 1:01PM PDT Penning,Donna M

K00653



There are no fulfillment request associated with this case.

Refresh Log

Save

Case | Notes | Case History | Related Cases | Interested Parties | Employee Records

K00654

| Case | Notes | Case History | Related Cases | Interested Parties | Employee Records |

03/07/2008 1:04:18PM PST   My Time Zone

| Case | Employee ID | Name | Status | Summary |
|---|---|---|---|---|
| 16951549 | 00399489 | Darosa,Ferna... | Closed - Res... | This case has been migrated from KHRMIT |

Events    Interactions    Audit

### Event History

Customize | Find | View All | First 1-4 of 4 Last

| Date | Action Taken | Details | Visibility | Changed By |
|---|---|---|---|---|
| 09/29/2006 1:01PM PDT | Work Item completed. | Work Item completed | All | Penning,Donna M. |
| 09/29/2006 1:01PM PDT | WB# 18085695854 | User Activity | All | Penning,Donna M. |
| 09/29/2006 1:00PM PDT | DHL Next Day Air, e-file to Gail Kato, HRC. | User Activity | All | Penning,Donna M. |
| 09/29/2006 1:00PM PDT | Work Item created manually. | Work Item created ma | All | Penning,Donna M. |

Save

Case | Notes | Case History | Related Cases | Interested Parties | Employee Records

K00655