671-5761

Frank Mellon

# Confirmation Report – Memory Send

FROM: Time : Jan-25-2006 08:49am
Tel line : 510-596-6968
Name : KAISER OPTICAL SALES OAKLAND

EXHIBIT 9
PENGAD 800-631-6989
Mellon 8-22-08 cm

Job number : 846

Date : Jan-25 08:48am

To : 26797 MEMBER SVCS

Document pages : 001

Start time : Jan-25 08:48am

End time : Jan-25 08:48am

Pages sent : 001

Status : OK

Job number : 846 *** SEND SUCCESSFUL ***

ED
1 2006

KAISER PERMANENTE

**VISIT VERIFICATION/FAMILY LEAVE Health Care Provider Certification**

(This section must be completed and determined by treating provider only)

Darosa, Fernanda
Patient Name
Identification
04295026
IMPRINT AREA

THE ABOVE NAMED PERSON:

☐ NO, does not have a "Serious Health Condition" (see reverse for further information) OR
☐ YES, has a "Serious Health Condition" as defined below (check one):
1. ☐ Hospital care
2. ☐ Absence plus treatment
3. ☐ Pregnancy
4. ☐ Chronic condition requiring treatment
☐ Is currently incapacitated
☐ Is not currently incapacitated
5. ☐ Permanent/long-term condition requiring supervision
6. ☐ Multiple treatments (non-chronic condition)

☐ Has a "Serious Health Condition" and requires a family member to take time off from work to provide basic medical, personal or safety needs, transportation, or psychological comfort. The probable frequency and duration of this need is

☐ Estimated date of Surgery/Procedure/Delivery:

☐ Diagnosis (Complete on patient request only):

THE ABOVE NAMED PERSON:

☒ Was seen at this office on: 1/24/06 ☐ Has been given telephone advice on:

☒ Has been ill and unable to attend work/school/physical education 1/25/06 through 3/25/06

☐ States he/she has been ill and unable to attend work/school/physical education through

☐ Can return to full duties with NO RESTRICTIONS on OR

☐ Can participate in a modified work program starting and continuing to

(Please note: If modified work is not available, this patient is then unable to work for this time period.)

☐ Restrictions: hours per day hours per week

BASED ON AN 8-HOUR DAY EMPLOYEE CAN:

| | | | |
|---|---|---|---|
| stand/walk | minutes per hour | total hours | ☐ no restrictions |
| sit | minutes per hour | total hours | ☐ no restrictions |
| drive | minutes per hour | total hours | ☐ no restrictions |

LIFT/CARRY (Occasionally = up to ⅓ workday; Frequently = up to ⅔ workday):

| | | | | |
|---|---|---|---|---|
| 0-10 lbs. | ☐ not at all | ☐ occasionally | ☐ frequently | ☐ no restrictions |
| 11-25 lbs. | ☐ not at all | ☐ occasionally | ☐ frequently | ☐ no restrictions |
| 26-40 lbs. | ☐ not at all | ☐ occasionally | ☐ frequently | ☐ no restrictions |

Can lift/carry up to lbs.

EMPLOYEE IS ABLE TO:

| | | | | |
|---|---|---|---|---|
| bend | ☐ not at all | ☐ occasionally | ☐ frequently | ☐ no restrictions |
| squat | ☐ not at all | ☐ occasionally | ☐ frequently | ☐ no restrictions |
| kneel | ☐ not at all | ☐ occasionally | ☐ frequently | ☐ no restrictions |
| climb | ☐ not at all | ☐ occasionally | ☐ frequently | ☐ no restrictions |
| reach above shoulders | ☐ not at all | ☐ occasionally | ☐ frequently | ☐ no restrictions |
| perform repetitive hand motions | ☐ not at all | ☐ occasionally | ☐ frequently | ☐ no restrictions |

ASSISTIVE DEVICES? (e.g., cane, brace, crutches)

RESTRICTIONS:

OTHER:

TREATMENT PLAN:

Medication effects which could impair performance:

Physical therapy required. Frequency:

NOTE: If patient is industrial, physician signature is REQUIRED.

PHYSICIAN SIGNATURE
PRINT NAME
LOCATION/ADDRESS
DATE 1/24/06
PHONE

DISTRIBUTION: WHITE = CHART • PINK & CANARY = PATIENT