10



K00485

## KAISER PERMANENTE®

**VISIT VERIFICATION/FAMILY LEAVE Health Care Provider Certification**
(This section must be completed and determined by treating provider only)

**Patient Name Identification**

04295026

IMPRINT AREA

**THE ABOVE NAMED PERSON:**
- ☐ NO, does not have a "Serious Health Condition" (see reverse for further information) **OR**
- ☐ YES, has a "Serious Health Condition" as defined below (check one):
  1. ☐ Hospital care
  2. ☐ Absence plus treatment
  3. ☐ Pregnancy
  4. ☐ Chronic condition requiring treatment
     ☐ Is currently incapacitated
     ☐ Is not currently incapacitated
  5. ☐ Permanent/long-term condition requiring supervision
  6. ☐ Multiple treatments (non-chronic condition)

☐ Has a "Serious Health Condition" and requires a family member to take time off from work to provide basic medical, personal or safety needs, transportation, or psychological comfort. The probable frequency and duration of this need is _____

☐ Estimated date of Surgery/Procedure/Delivery: _____

☐ Diagnosis (Complete on patient request only): _____

**THE ABOVE NAMED PERSON:**
- ☒ Was seen at this office on: 1/24/06       ☐ Has been given telephone advice on: _____
- ☒ Has been ill and unable to attend work/school/physical education 1/25/06 through 3/25/06
- ☐ States he/she has been ill and unable to attend work/school/physical education _____ through _____
- ☐ Can return to full duties with NO RESTRICTIONS on: _____ **OR**
- ☐ Can participate in a modified work program starting _____ and continuing to _____
  (Please note: If modified work is not available, this patient is then unable to work for this time period.)
- ☐ Restrictions: _____ hours per day _____ hours per week

**BASED ON AN 8-HOUR DAY EMPLOYEE CAN:**

| | minutes per hour | total hours | |
|---|---|---|---|
| stand/walk | _____ | _____ | ☐ no restrictions |
| sit | _____ | _____ | ☐ no restrictions |
| drive | _____ | _____ | ☐ no restrictions |

**LIFT/CARRY** (Occasionally = up to ⅓ workday; Frequently = up to ⅔ workday):

| | not at all | occasionally | frequently | no restrictions |
|---|---|---|---|---|
| 0-10 lbs. | ☐ | ☐ | ☐ | ☐ |
| 11-25 lbs. | ☒ | ☐ | ☐ | ☐ |
| 26-40 lbs. | ☐ | ☐ | ☐ | ☐ |

Can lift/carry up to _____ lbs.

**EMPLOYEE IS ABLE TO:**
- bend
- squat
- kneel
- climb
- reach above shoulders
- perform repetitive hand

☐ not at all   ☐ occasionally   ☐ frequently   ☐ no restrictions

**ASSISTIVE DEVICES?**

**RESTRICTIONS:** _____

**OTHER:** _____

**TREATMENT PLAN:** _____

☐ Medication effects which _____

☐ Physical therapy required

> Margie,
> This was attached to a mbr concern.
> Josephine

NOTE: If patient is Industrial, physician signature is REQUIRED.

**SIGNATURE AND TITLE:** _____   **DATE:** 1/24/0_

**NAME (PRINT):** EDDSTON, MD   **LOCATION/ADDRESS:** OAK   K00486   **PHONE:** 132-650_

## KAISER PERMANENTE®

**VISIT VERIFICATION/FAMILY LEAVE Health Care Provider Certification**
(This section must be completed and determined by treating provider only)

**Patient Name Identification**

04295026

IMPRINT AREA

**THE ABOVE NAMED PERSON:**
☐ NO, does not have a "Serious Health Condition" (see reverse for further information) **OR**
☐ YES, has a "Serious Health Condition" as defined below (check one):
1. ☐ Hospital care      4. ☐ Chronic condition requiring treatment
2. ☐ Absence plus treatment    ☐ Is currently incapacitated
3. ☐ Pregnancy       ☐ Is not currently incapacitated
       5. ☐ Permanent/long-term condition requiring supervision   6. ☐ Multiple treatments (non-chronic condition)

☐ Has a "Serious Health Condition" and requires a family member to take time off from work to provide basic medical, personal or safety needs, transportation, or psychological comfort. The probable frequency and duration of this need is _____

☐ Estimated date of Surgery/Procedure/Delivery: _____

☐ Diagnosis (Complete on patient request only): _____

**THE ABOVE NAMED PERSON:**
☑ Was seen at this office on: __1/24/06__   ☐ Has been given telephone advice on: _____
☑ Has been ill and unable to attend work/school/physical education __1/25/06__ through __3/25/06__
☐ States he/she has been ill and unable to attend work/school/physical education _____ through _____
☐ Can return to full duties with NO RESTRICTIONS on _____ **OR**
☐ Can participate in a modified work program starting _____ and continuing to _____
(Please note: If modified work is not available, this patient is then unable to work for this time period.)
☐ Restrictions: _____ hours per day _____ hours per week

**BASED ON AN 8-HOUR DAY EMPLOYEE CAN:**

|  | minutes per hour | total hours | no restrictions |
|---|---|---|---|
| stand/walk | | | ☐ |
| sit | | | ☐ |
| drive | | | ☐ |

**LIFT/CARRY** (Occasionally = up to ⅓ workday; Frequently = up to ⅔ workday):

|  | not at all | occasionally | frequently | no restrictions |
|---|---|---|---|---|
| 0-10 lbs. | ☐ | ☐ | ☐ | ☐ |
| 11-25 lbs. | ☐ | ☐ | ☐ | ☑ |
| 26-40 lbs. | ☐ | ☐ | ☐ | ☐ |

Can lift/carry up to _____ lbs.

**EMPLOYEE IS ABLE TO:**

|  | not at all | occasionally | frequently | no restrictions |
|---|---|---|---|---|
| bend | ☐ | ☐ | ☐ | ☐ |
| squat | ☐ | ☐ | ☐ | ☐ |
| kneel | ☐ | ☐ | ☐ | ☐ |
| climb | ☐ | ☐ | ☐ | ☐ |
| reach above shoulders | ☐ | ☐ | ☐ | ☐ |
| perform repetitive hand motions | ☐ | ☐ | ☐ | ☐ |

**ASSISTIVE DEVICES?** (e.g., cast, brace, crutches): _____

**RESTRICTIONS:** _____

**OTHER:** _____

**TREATMENT PLAN:** _____

☐ Medication effects which could impair performance: _____

☐ Physical therapy required. Frequency: _____

**NOTE:** If patient is Industrial, physician signature is **REQUIRED.**

SIGNATURE AND TITLE: _____    DATE: 1/24/0_
NAME (PRINT): F. DUSTIN, MD    LOCATION/ADDRESS: OPT    K00487   PHONE: 82-650_

DISTRIBUTION: WHITE = CHART · PINK & CANARY = PATIENT