EXHIBIT 3
Mellon 8-22-08 CM

TRIAL VERSION of PDF



# KAISER PERMANENTE.

Work Item # _____
Northern California
**Personnel Action Request**
*Please type or print clearly in blue or black ink.*

| Employee Name (Last Name, First Name, Initial) | Employee Identification Number |
|---|---|
| DeRosa, Fernando | 143861 |

**EFFECTIVE DATE OF CHANGE:** ~~04/27/06~~ 1/24/06

## TYPE OF CHANGE REQUESTED

- ☐ Transfer
- ☐ Promotion
- ☐ Reclassification
- ☐ Step Increase
- ☒ Termination
- ☐ Demotion
- ☐ LOA - Initial (more than 30 days)
- ☐ LOA - Extension
- ☐ LOA - Return
- ☐ Lateral
- ☐ 24 hour posting filled in department
- ☐ Other

## EMPLOYMENT CATEGORY

| FROM | TO |
|---|---|
| ☒ Full Time | ☐ Full Time |
| ☐ Part Time | ☐ Part Time |
| ☐ Regular | ☐ Regular |
| ☐ Short Hour | ☐ Short Hour |
| ☐ Temporary | ☐ Temporary |
| ☐ Casual / On Call | ☐ Casual / On Call |

## CHANGES REQUESTED
*Please select all that apply. (For example, if the Job Title changes, the Job Code must also be changed.)*

| CHANGE | FROM | TO | CHANGE | FROM | TO |
|---|---|---|---|---|---|
| ☐ Job Title | | | ☐ Location / Entity | | |
| ☐ Job Code | | | ☐ Budgeted Cost Center | | |
| ☐ Shift | | | ☐ Distribution Cost Center | | |
| ☐ Grade / Step | | | ☐ Salary | | |
| ☐ Scheduled Hours | | | ☐ Union | | |
| ☐ Manager's Name | | | ☐ Replacement For | | |
| ☐ Mgr Position Number | | | ☐ Termination Code | | |
| ☐ Other | | | Is Employee Eligible for Rehire? ☐ Yes ☒ No | | |

**Remarks / Reasons** PLEASE PAYOUT FINAL TIMECARD HOURS
Involuntary Termination, Job Abandonment, Previous attendance issues, warning given.
PTO EARNED = 15.05 / PTO ACCRUED = 4.62

## AUTHORIZATION FOR CHANGE
*Please type or print clearly the name and tieline / phone number of the supervisor and/or manager.*

| Supervisor / Department Head Name | Tieline / Phone | Supervisor / Department Head Signature | Date |
|---|---|---|---|
| Margie Roper | (510) 752-1046 | *[signature] Margie Roper* | 01/27/06 |
| Administrator / Manager Name | Tieline / Phone | Administrator / Manager Signature | Date |
| Ken Ayer | (510) 752-2980 | *[signature]* | 01/27/06 |
| Additional Approval Name (if required) | Tieline / Phone ( ) | Additional Approval Signature (if required) | Date |

## FOR TERMINATION, TRANSFER, OR PAYOFF

**Last Day Worked:** 01/24/06

| | | | | |
|---|---|---|---|---|
| Earned PTO / Vacation | 15 | Shift Diff. Night | | Training |
| Accrued PTO / Vacation | | On-Call Diff | | Education |
| Regular Hours | 40 | Bilingual Diff | | Jury Duty |
| O.T. - 1 1/2 | | Holiday Not Worked | | Compassionate Leave |
| O.T. - 2 | | Holiday Worked | | (Bereavement) |
| O.T. - 2 1/2 | | Work Life Balance | | Administrative |
| Shift Diff. Evening | | ESL / Sick Leave | 64.0 | Other |

Send Check To: Sarah Jaquish will pick check up from Acct Pay at 1950 Franklin. Please call (510) 752-5233

K00416

Please keep the original form and the fax receipt for your records.
**Fax signed form to HR Service Center: 888-499-1502 (tieline 8-499-1502)**
...... PO Box ..... Oakland CA 94604-.... • Phone: 877-4KP-HRSC (877-457-4772)
Page 3/3
02.02.05

```
JAN-27-2006 14:59 FROM:                          TO:84993148              P.9/9

Page: 1 Document Name: untitled

TK36            TIMEKEEPING INFORMATION MANAGEMENT SYSTEM        01/27/06
                        TIMECARD MAINTENANCE                     11:28:59
PPE: 02-04-2006  SM #: 000000043861 C      DAROSA, FERNANDO M      MORE
Empl Grp: N01   Wk St: 1       WK Pt: 5/40-SUN     AC: N  Cmnt: N   St: R
Vac/ETO: 15.0   Sck/ESL: 64.0  LB/FH:      BAH:       MIL:        RN:
ED DATE   IN   OUT   TOTAL  1.0   1.5   2.0   2.5  EVSD  NTSD  TYP ENLOC CCTR JOBCD

O  MO23  0838 1229   3.85   3.85                                 WRK 08011 5102 989007
O  MO23  1229 1259    .50    .50                                 WKL 08011 5102 989007
O  MO23  1331 1657   3.52   3.52                                 WRK 08011 5102 989007
S  TU24  0830 1230   4.00   4.00                                 WRK 08011 5102 989007
S  TU24  1230 1300    .50    .50                                 WKL 08011 5102 989007
S  TU24  1330 1700   3.50   3.50                                 WRK 08011 5102 989007




T/C Totals         15.8   15.8
TK1158-I: Precalc validation performed
F2=CALC  F4=PRMPT  F5=SUMRY  F6=NXTSM  F7=PREV  F8=NEXT  F9=APPRV  F10=PRINT  F11=ALLOC
F13=CMNTS F14=TCAUD F15=PAYRL F16=TSAUD F17=ATIME F18=PRVSM F19=BWADJ F21=PAGE2
```

Date: 1/27/2006 Time: 11:29:09 AM

K00417

# facsimile transmittal

| | | | |
|---|---|---|---|
| **To:** | Judy Zaragoza | **Fax:** | 8-499-3148 |
| **From:** | Margie Roper | **Date:** | 1/27/2006 |
| **Re:** | Same Day Termination | **Pages:** | 9 |

☒ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

**Notes:**

**CASE # 15870755**

Hello Judy,

Please find attached :

Personal Action Request

Unemployment Insurance Termination Report

TIME screen prints form pay periods ending 1/7/05, 1/27/06, and 2/4/06

If you need anything additional, please give me a call.

Thanks

Margie Roper
Director of Member Services
Oakland Medical Center
510-752-7046 (8-492)
FAX 510-752-6797 8(492)

TRIAL VERSION of TIFFDLL

K00418

```
Confirmation Report - Memory Send                NORTH-AUTO FILE

                                Time      : Jan-30-2006  10:37am
                                Tel line  :
                                Name      : KAISER PERMANENTE HR SERVICE CENTER

Job number       : 291
Date             : Jan-30 10:31am
To               : 84275032
Document pages   : 003
Start time       : Jan-30 10:31am
End time         : Jan-30 10:37am
Pages sent       : 003
Status           : OK

Job number   : 291           *** SEND SUCCESSFUL ***
```

\# 15874838

**KAISER PERMANENTE.**   RUSH!   **HR Service Center**

## Northern California Fax Transmittal Sheet



HR Service Center Phone Number
877-4KP-HRSC   (877-457-4772)
HR Service Center fax number:
888-499-1502

| TO: | Regional Payroll | FROM: | Zina Phillips |
|---|---|---|---|
| FAX: | 8 427-5032/8 427-5041 | FAX: | 8 499-3148 |
| PHONE: | | PHONE: | |
| CC: | | PAGE 1 OF: | 3 |
| RE: | FINAL PAYOUT TERMINATION | DATE: | 1-30-06 |

☒ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply

Notes:
PLEASE PAYOUT FINAL HOURS:

PLEASE PAYOUT FINAL TIMECARD HOURS
PTO EARNED = 15.05
PTO ACCRUED = 4.62
MGR NEEDS CHECK ASAP!

CONFIDENTIAL OR PRIVILEGED: This communication contains information intended only for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone or by returning it by reply e-mail and then permanently deleting the communication from your system. Thank you.

HR Service Center                                                              Page 1 / 1
Telephone: 877-4KP-HRSC (877-457-4772) • Fax: 888-499-1502                     08.16.06

K00419

JAN-27-2006 16:39 FROM:            TO:84993148      P.2/3


**KAISER PERMANENTE.**

*TRIAL VERSION OF TIFDLL*

**Northern California**
**Unemployment Insurance Termination Report (N81)**
*Please type or print clearly in blue or black ink.*

| Employee Name (Last Name, First Name, Initial) | Employee Identification Number | | |
|---|---|---|---|
| DaRosa, Fernando | 143861 | | |
| Address | City | State | ZIP Code |
| 2818 East Avenue | Hayward | CA | 94541 |
| Entity: ☐ TPMG  ☐ KFH - Code 74  ☒ KFHP - Code 80 | Location Name: ( 8 ) Member Services | Location Code: 011 | |
| Employee's Last Position | Hire Date | Last Day Worked | Termination Date |
| Member Service Representative | 9/13/04 | 01/24/06 | ~~01/29/06~~ 1/24/06 MR |

Upon termination, employee received wages in lieu of notice: ☐ No  ☐ Yes   Amount: $

Was this termination requested or suggested by the Company? ☐ No  ☒ Yes

### REASON FOR TERMINATION

| Voluntary Quit | Misconduct Connected with Work | Other |
|---|---|---|
| ☐ To look for other employment | ☐ Refused to follow instructions | ☐ Layoff |
| ☐ Self employment | ☐ Breach of company rules | ☐ Disability |
| ☐ Dissatisfaction with job | ☐ Intoxication – under apparent influence | ☐ Pregnancy |
| ☐ Change in residence | ☐ Unexcused absenteeism | ☐ Required by company policy |
| ☐ To attend school | ☒ Failure to report for work without notification | ☐ Unavailable for work |
| ☐ Personal reasons (specify) | ☐ Dishonesty (specify) | ☐ Retirement |
| ☐ To be married | ☐ Excessive tardiness | ☐ Military service |
| ☐ Marital or domestic duties | ☐ Refused work assignment | ☐ Unsatisfactory performance |
| ☐ Early retirement | ☐ Insubordination | ☐ Other (see below) |
| ☐ To accept other work | | |
| ☐ Other voluntary leaving | | |
| ☐ Relocation of spouse | | |

**State complete details regarding termination:**
Involuntary Termination, Job Abandonment, No show / no call January 25, 26, 27, 2006. Previous Attendance Issues which were discussed with employee

Was a Leave of Absence offered to employee? ☐ Yes  ☒ No
Did the employee request a Leave of Absence? ☐ Yes  ☒ No
Was Leave granted? ☐ Yes  ☒ No   Period of Leave?

Compiled by: Margie Roper

| Supervisor / Manager Name | Work Phone / Tieline |
|---|---|
| Margie Roper | (510) 752-7046 |
| Supervisor / Manager Signature: *Margie Roper* | Date: 1-27-06 |

Please keep the original form and the fax receipt for your records.

K00420