DISABILITY INSURANCE
PO BOX 10402
VAN NUYS        CA  91410-0402        (800) 480-3287



**Employment Development Department**
State of California

RETURN TO ----->
DISABILITY INSURANCE
PO BOX 10402
VAN NUYS        CA  91410-0402

KAISER PERMANENTE
280 W MCARTHUR BLVD
OAKLAND        CA  94611

REC'D IN DMC
MAR 13 2006

If employer name and/or address differs from that shown at left, please correct here:

EXHIBIT 7
Mellon 8-22-08 CM

## NOTICE TO EMPLOYER OF STATE DISABILITY CLAIM FILED

Information is required to determine the employee's eligibility for State Disability Insurance benefits, a worker-financed program.

If the employee shown below is NOT your employee, please check this box and return this form IMMEDIATELY ☐

| EMPLOYEE'S NAME | BADGE NO. | SSN | REPORTED LAST DAY AT WORK | CLAIM EFFECTIVE DATE | ECN | MAILING DATE |
|---|---|---|---|---|---|---|
| DAROSA FERNANDO  M | | 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 | 01-24-06 | 01-25-06 | N/A | 03-02-06 |

Section 2707.1 of the California Unemployment Insurance Code requires that you complete and return this form within two working days if your answer to any of the questions is "YES."

1. Do your records show a different last day at work than shown above? ☐ Yes ☐ No
   If YES, provide correct last day at work: _____

2. Did the employee work less than a normal scheduled work day on his/her last day at work? ☐ Yes ☐ No
   If YES, # hours worked _____ at $ _____ per hour.

3. Has the employee returned to work? ☐ Yes ☐ No
   If YES, date returned to work: _____  ☐ full-time  ☐ part-time

4. Did the employee stop work for any reason other than illness, injury, or pregnancy? ☐ Yes ☐ No
   If YES, state reason: _____

5. Has the employee received or will the employee receive wages (excluding vacation pay) in the form of paid sick leave, personal time off, or other type of payment while disabled? (If the employee's wages will be reduced by the amount of State Disability Insurance paid, please answer "NO.") ☐ Yes ☐ No
   If YES: a. Wages/sick leave: From: _____ to _____ . Amount $ _____
   b. What was the employee's regular weekly rate of pay or earnings prior to disability (excluding overtime)? $ _____

6. At the time the employee's disability began, did you have a state-approved voluntary plan for disability insurance benefits instead of the state plan? ☐ Yes ☐ No
   If YES: a. Enter the plan number: 99- _____
   b. If employee is not covered, give reason: _____

7. Has the employee reported a work-incurred injury or occupational illness? ☐ Yes ☐ No
   If YES: a. Enter name, address, and phone number of your workers' compensation carrier: _____
   b. Enter employee's "date of injury": _____

8. Completed by (Sign and Print Name): _____  Date: _____  Phone Number: ( ) _____

Do not return this form if answers to all of the above questions are "NO."

DE 2503 Rev. 3 (8-05)

K00421

CU-PA796

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

Apr-25-2006 05:03pm   From-KAISER HUMAN RESOURCES            510 873 5039           T-492  P.001/001  F-819



**KAISER PERMANENTE®**

Northern California
File Request (N49)

*Please type or print clearly in blue or black ink.*

| FILE REQUESTED FOR | |
|---|---|
| Employee Name (Last Name, First Name, Initial) **DaRosa, Fernando** | Employee Identification Number **143861** |
| Employee's Former Name (if applicable) | Termination Date (if applicable) |
| Facility Name **Oakland Fabiola** | |

**FILE REQUESTED BY**

☐ HR Consultant    ☐ Manager    ☐ Workers' Comp    ☐ External    ☐ Legal
☐ Employee    ☐ Recruitment    ☒ Other  Investigation Specialist

| Requestor's Name  Last  First  Initial  Lai Charlotte | Requestor's Employee Identification Number 000160451 |
|---|---|
| Work Phone Number / Tieline (510) 987-3202 | Fax Number (510) 873-5039 |

**FILE / DOCUMENTS REQUESTED**

Date file / documents needed by: **5-02-06**

Reason for request: EEO Investigation

**Contents Requested:**

☐ Personnel File *(Note: Workers' Comp., Benefits, and Medical SDI Information electronic documents will not be printed.)*
☒ Personnel File *(Entire main personnel file)*
☒ Specific documents from the personnel file you wish to review:

PPS 106        PPS 124

**DELIVERY OF FILE / DOCUMENTS**

☐ Please send by inter-office mail   To:
☐ Please send by U.S. Mail
☒ Please send by Airborne Express

| Address 1950 Franklin Street, 15th Floor | | |
|---|---|---|
| City Oakland | State CA | ZIP Code 94612 |

☐ Please FAX the document(s)   To: (  )

**Employee:** To review your entire personnel file, you must meet with the HR Consultant in your Service Area. Your file will be mailed to the HR Consultant in your Service Area 1-3 business days from the time the request is received. Please contact the HR Consultant to arrange an appointment to view your entire file.

Requestor's Signature [signed]         Date 4-25-06

K00422

Please keep the original form and the fax receipt for your records.
Fax signed form to HR Service Center: 888-499-1502 (tieline 8-499-1502)    Page 1/1
Or mail to: PO Box 12916, Oakland, CA 94604-2916 • Phone: 877-4KP-HRSC (877-457-4772)    02.02.05

**EDD** Employment Development Department
State of California

EMPLOYMENT DEVELOPMENT DEPARTMENT #1210
P.O. BOX 19037
SAN BERNARDINO   CA 92423-9037

**REC'D IN DMC**
MAY 1 0 2006

D/S ②

THIS NOTICE WAS MAILED TO THE EMPLOYER/ADDRESS LISTED BELOW ON: 05/08/06

KAISER PERMANENTE
280 WEST MACARTHUR BLVD
OAKLAND   CA 94601

New Claim: X
Additional Claim:

Inside Calif. (800) 300-5616
Outside Calif. (800) 250-3913

*(TRIAL VERSION of TIFFDLL watermark)*

## IMPORTANT: NOTICE OF UNEMPLOYMENT INSURANCE CLAIM FILED

This is a notice that a claim for unemployment insurance benefits has been filed. Forward it immediately to persons within your organization who are responsible for handling claims. **The time limit for replying is 10 days from the mail date shown above. Failure to respond may result in an increased Employment Tax Rate.**

The claimant provided us with the following information and listed you as his/her last employer:

| Claimant's Name | Social Security Number | Effective Date of Claim: | 04/30/06 |
|---|---|---|---|
| FERNANDO M DAROSA | 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 | Last Date Worked: | 01/01/06 |

Reason for Separation:
**MY DOCTOR HAD ME OUT ON DISABILITY.**

### I. EXPLANATION AND INSTRUCTIONS FOR EMPLOYERS

You have received this form because the individual shown above has filed a claim for unemployment insurance benefits and has listed you as his/her most recent employer prior to filing this claim. **No reply is required if the claimant was laid off due to lack of work and no other eligibility issue has been identified.** For detailed information on employer responsibilities in the unemployment insurance program, our DE 44, California Employer's Guide, is available upon request.

### II. REPORTING FACTS - Respond in writing by completing Sections A, B, C on the reverse of this form.

The law requires an employer to submit any facts in his/her possession which may affect a claimant's eligibility for benefits. Furnish information if this claimant:

- Voluntarily quit
- Was discharged or fired for reasons other than lack of work.
- Left work because of a trade dispute.
- Is receiving a pension based on his/her prior work.
- Is working on a full-time basis, or has earnings payable over $25.99, covering any time on or after the effective date of this claim as shown on the reverse side of this form.
- Is not able to work, available for, or seeking work.
- Has refused employment.
- Is not legally entitled to work in the U.S.
- Performed services as a sports or athletic participant and has reasonable assurance of performing such services in the next season.
- Made false statements or withheld material information in filing for benefits.
- If you are a school employer, also furnish information if the claimant has a contract for or reasonable assurance of returning to work.

**Important:** Make your response as complete as possible; these facts will be used in determining the claimant's eligibility.

A Department representative may contact you for further eligibility information. If a representative is unable to reach you, he/she may leave a message for you to return the telephone call. If after 48 hours no response has been received, the Department is required to make an eligibility decision based on available information.

### III. TIME LIMITS FOR REPLYING

**Submit facts in writing to the field office shown at the top of this form within 10 days of the mail date shown above.** If your mailing is late, explain your reasons for delay as the time limit may be extended only for good cause. You may reply on this form in the space provided in Section IV, on additional sheets as needed, or by separate letter. **Always include your State Employer Account Number** and include the claimant's Social Security Number as it appears on the claim and in your payroll records.

If you submit facts in a timely manner, a determination will be issued concerning the claimant's eligibility. In addition, if facts are submitted regarding a quit or discharge, a ruling will be issued advising an employer with a reserve account as to whether his/her account will be subject to changes resulting from benefits paid. To obtain a ruling on any prior quit or discharge involving this claimant, you must furnish facts within 10 days of the mail date shown above.

ADDITIONAL INFORMATION ON EMPLOYER RESPONSIBILITIES IS SHOWN ON THE REVERSE
Mail your response to the EDD office shown in the above upper left-hand corner.

(OVER)

DE 1101C/Z/ Rev. 4 (1-05) EMPLOYER NOTICE                    K00423          CU-PA217

**IV. REPORTING ELIGIBILITY INFORMATION:** Do not return this form unless Sections A or B are completed. It is necessary to complete Section C for all responses.

A. **REPORTING FACTS:**

_____

_____

_____

Claimant Social Security Number __ __ __ - __ __ - __ __ __ __     Date Last Worked was: __ __ - __ __ - __ __
(from your payroll records)                                         (Month  Day  Year)

B. **OTHER COMPENSATION:**

Complete the following if you paid or will pay any compensation aside from regular salary, covering any time on or after the effective date of this claim. No entry is required if the claimant has been separated from your employ for any indefinite period and has or will receive only vacation pay.

Amount $ _____ Type of Payment _____ for period from _____ through _____

C. **EMPLOYER CERTIFICATION: THE ABOVE STATEMENTS WERE TAKEN FROM BUSINESS RECORDS OR ARE BASED ON KNOWLEDGE OF THE UNDERSIGNED.**

PRINT name of person to contact for further information:

Name of contact: _____     Telephone No. ( __ __ __ ) __ __ __ - __ __ __ __   Ext. _____

Employer: _____     Date: _____

STATE EMPLOYER
ACCOUNT NO.: __ __ __ - __ __ __ __        Signed By: _____

**V. ELIGIBILITY DETERMINATION**

It may be necessary to contact you by telephone or letter for eligibility information if an issue is identified by the field office. Regardless of whether such contact is made however, unless you respond to the notice by mail as described in this notice, you will not be entitled to a written notice of the Department's decision.

**IMPORTANT:**

- Section 1327 of the UI Code provides for an extension of the 10-day response period if, after the 10-day period, you acquire knowledge of facts that may affect the eligibility of the claimant and facts could not reasonably have been known within the period. However, you must provide the Department with these facts within 10 days of acquiring them.

- Section 1142(a) provides that an employer who willfully makes a false statement or representation, or willfully fails to report a material fact in connection with a separation issue may be assessed a penalty of up to 10 times the claimant's weekly benefit amount. Section 1142(b) provides that an employer who willfully makes a false statement or representation or willfully fails to report a material fact in submitting a written statement concerning reasonable assurance of a claimant's reemployment, as defined in Section 1253.3(g), may be assessed a penalty of up to 10 times the claimant's weekly benefit amount.

- Section 2101 of the UI Code provides that it is a misdemeanor to willfully make a false statement or knowingly fail to disclose a material fact to obtain, increase, reduce, or defeat any payment of benefits.

**PLEASE MAIL YOUR RESPONSE TO THE EDD OFFICE AND ADDRESS SHOWN IN THE UPPER LEFT-HAND CORNER ON THE REVERSE SIDE OF THIS FORM.**

TTY (non-voice) (800) 815-9387

DE 1101C/Z/ Rev. 4 (1-05) EMPLOYER NOTICE