**Gail Kato**
07/31/2006 02:32 PM

To: Frank Mellon/CA/KAIPERM@KAIPERM
cc:
Subject: Re: Fernando Darosa

Hi Frank -

Thanks for the update. I think that you should follow up with Fernando. I think we need to find out why it's taken him so long to provide it, etc.

Also, be careful when you're forwarding email. Had I known that my initial email was going to eventually go to Ken, I might not have written it the way that I did.

Gail

**CONFIDENTIAL OR PRIVILEGED:** This communication contains information intended only for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by reply email and then permanently deleting the communication from your system. Thank you.

Frank Mellon

**Frank Mellon**
07/31/2006 02:26 PM

To: Gail Kato/CA/KAIPERM@KAIPERM
cc: Ken Ayers/CA/KAIPERM@Kaiperm
Subject: Re: Fernando Darosa

Fernando dropped off his document this morning at about 11a.m.

It shows that a fax was sent from Kaiser Optical Sales Oakland (510-596-6968) on Jan, 25, 2006 @ 8:48 a.m. to extension #26797 and that the send was successful. (confirmation time 8:49 a.m.)

The fax was of a VOT dated 1/24/06 which shows he was seen at Kaiser Okaland. He also shows that he was to be kept off work from 1/25/06 through 3/25/05. There is nothing else on the document.

The front desk didn't notify me that he was here because I was in Cicely's office. (They didn't look for me.) So, I didn't talk to him directly. I've got a few questions for him, but would like to chat about next steps first.

Frank Mellon
Employee/Labor Relations Consultant
MB Building #420
280 West MacArthur Boulevard
Oakland CA 94611

phone: 8.492.6950 (510.752.6950)
pager: 510.801.3110
fax: 8.492.7057 (510.752.7057)

EXHIBIT 5
Mellon 8-22-08 CM

**CONFIDENTIAL OR PRIVILEGED:** This communication contains information intended only for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by reply email and then permanently deleting the communication from your system. Thank you.

Gail Kato

K00493

**Gail Kato**
07/28/2006 06:13 PM

To: Frank Mellon/CA/KAIPERM@KAIPERM
cc:
Subject: Re: Fernando

Thanks.

**CONFIDENTIAL OR PRIVILEGED:** This communication contains information intended only for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by reply email and then permanently deleting the communication from your system. Thank you.

Frank Mellon

---

**Frank Mellon**
07/28/2006 05:15 PM

To: Gail Kato/CA/KAIPERM@KAIPERM
cc: Kristin L Heiman/CA/KAIPERM@Kaiperm
Subject: Re: Fernando

I spoke to Fernando today at around 5:10PM. He will drop off his proof Monday between 10 AM and Noon. I will be here to receive the material. I advised him that I would pass copies on to appropriate levels.

Frank Mellon
Employee/Labor Relations Consultant
MB Building #420
280 West MacArthur Boulevard
Oakland CA 94611

phone: 8.492.6950 (510.752.6950)
pager: 510.801.3110
fax:   8.492.7057 (510.752.7057)

---

**CONFIDENTIAL OR PRIVILEGED:** This communication contains information intended only for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by reply email and then permanently deleting the communication from your system. Thank you.

Gail Kato

---

**Gail Kato**
07/25/2006 09:49 AM

To: Frank Mellon/CA/KAIPERM@KAIPERM
cc: Kristin L Heiman/CA/KAIPERM@Kaiperm
Subject: Re: Fernando

I do not trust him, but do believe that we need to hear him about. Check out the Dispute Resolution policy to see if he still has rights under the policy to file a formal complaint. You could give him your opinion as an HR person, but you would not be making the decision regarding his so-called evidence. That needs to be discussed with Ken Ayers since Margie Roper is no longer with us, and of course, you would be giving her opinion and recommendation to Ken as well.

Gail

**CONFIDENTIAL OR PRIVILEGED:** This communication contains information intended only for the use of the individuals to whom

K00494

it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by reply email and then permanently deleting the communication from your system. Thank you.

Frank Mellon

---

**Frank Mellon**
07/25/2006 08:35 AM

To: Gail Kato/CA/KAIPERM@KAIPERM
cc: Kristin L Heiman/CA/KAIPERM@Kaiperm
Subject: Re: Fernando

Since it was me that he talked to, I think I should call him back.

Even if he has "proof" it's too late isn't it?  He still had terrible attendance and a "note" for the last (as I remember couple of days) day shouldn't change anything - should it?

Frank Mellon
Employee/Labor Relations Consultant
MB Building #420
280 West MacArthur Boulevard
Oakland CA 94611

phone:  8.492.6950 (510.752.6950)
pager:   510.801.3110
fax:     8.492.7057 (510.752.7057)

---

**CONFIDENTIAL OR PRIVILEGED:** This communication contains information intended only for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by reply email and then permanently deleting the communication from your system. Thank you.

Gail Kato

---

**Gail Kato**
07/25/2006 08:31 AM

To: Frank Mellon/CA/KAIPERM@KAIPERM
cc: Kristin L Heiman/CA/KAIPERM@Kaiperm
Subject: Re: Fernando

It's up to you both who would like to follow up with him.

He mentioned that he talked to someone (male) in HR about this earlier. I assumed it was you. He is claiming now that he has proof that one was faxed in.

Gail

---

**CONFIDENTIAL OR PRIVILEGED:** This communication contains information intended only for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by reply email and then permanently deleting the communication from your system. Thank you.

Frank Mellon

---

**Frank Mellon**

To: Gail Kato/CA/KAIPERM@KAIPERM
cc: Kristin L Heiman/CA/KAIPERM@Kaiperm

K00495

07/24/2006 12:58 PM     Subject: Re: Fernando

FYI - I spoke with him several months ago and told him that it was finished. He claimed to have faxed in a doctors note that his supervisor (Margie Rope) got, but Margie was quite clear - no note + history of attendance issues. That he has resurfaced is interesting, but waaaaaayyyyyyyy too late. since I was the last to talk to him, I'm willing to tell him what I told him then "Sorry, but you exhausted your chances, your employment is terminated."

Frank Mellon
Employee/Labor Relations Consultant
MB Building #420
280 West MacArthur Boulevard
Oakland CA 94611

phone: 8.492.6950 (510.752.6950)
pager: 510.801.3110
fax: 8.492.7057 (510.752.7057)

**CONFIDENTIAL OR PRIVILEGED:** This communication contains information intended only for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by reply email and then permanently deleting the communication from your system. Thank you.

Gail Kato

**Gail Kato**
07/21/2006 03:26 PM

To: Kristin L Heiman/CA/KAIPERM@Kaiperm, Frank Mellon/CA/KAIPERM@KAIPERM
cc:
Subject: Fernando

You may have done this already...if you haven't, could you both get together to talk about Fernando? He's called me again, 538-4307. I told him in my conversation last week that he would be getting a call back (not from me.)

Thanks.

Gail

**CONFIDENTIAL OR PRIVILEGED:** This communication contains information intended only for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by reply email and then permanently deleting the communication from your system. Thank you.

----- Forwarded by Gail Kato/CA/KAIPERM on 07/21/2006 03:24 PM -----

**Gail Kato**
07/12/2006 06:35 PM

To: Kristin L Heiman/CA/KAIPERM@Kaiperm
cc: Frank Mellon/CA/KAIPERM@KAIPERM
Subject: Fernando

Fernando Da Rosa (sp, last name?) was a Member Services Representative who's employment was terminated in January. Frank has the details. He called me and said that he needed assistance. He also

K00496

said that he talked to someone (male) in HR about his issue.

He stated that he has proof that he faxed a doctor's statement (he was terminated for attendance and no show/no call, I think). I asked him why it took him so long to call if he was terminated in January. He said that he went away (program?) and that he consulted an attorney in the meantime.

His # is 538-4307.

Let's discuss this when I get back.

Gail

**CONFIDENTIAL OR PRIVILEGED:** This communication contains information intended only for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by reply email and then permanently deleting the communication from your system. Thank you.

K00497