**KELLER LAW, PC**
CHRISTOPHER J. KELLER, SBN 178491
595 Market Street, Suite 2360
San Francisco, CA 94105
(415) 357-2086 (tel.)
(415) 974-6433 (fax)
ckeller@kellerlawpc.com

JEREMY L. FRIEDMAN, CA Bar No. 142659
Attorney at Law
2801 Sylhowe Road
Oakland, California 94602
Telephone: (510) 530-9060
Facsimile: (510) 530-9087

Attorneys for plaintiff Fernando daRosa

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO DAROSA,<br><br>               Plaintiff,<br><br>vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.<br><br>               Defendant. | Case No. 3:07-cv-03114-SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE FORMAL DISCOVERY MOTION BY SEPTEMBER 15, 2008** |

Pursuant to the *ex parte* motion of plaintiff Fernando daRosa, and for good cause showing, plaintiff is hereby granted leave to file a formal noticed discovery motion regarding the outstanding discovery issues plaintiff raised in its August 20, 2008 *ex parte* application and prior letter briefs by September 15, 2008.

**IT IS SO ORDERED.**

Dated: September ___, 2008

_____
Susan Illston
United States District Court Judge