pursuant to CCP section 2023 based on Stewart's destruction of Plaintiff's March 1999 overtime logs.

5)   However, the Court is unwilling to order further evidentiary proceedings as requested by Plaintiff. Rather, the Court awards Plaintiff a pretrial issue sanction as follows: For purposes of pretrial law and motion proceedings in this action, this Court would be willing to draw the inference that Stewart destroyed the overtime logs in question because they contain information favorable to Plaintiff's position, i.e., information indicating that Plaintiff worked overtime hours on March 8, 1999 as she now claims.

By this ruling, this Court does not intend to bind the trial judge assigned to this case; however, there is no prejudice to Plaintiff's ability to seek, via motion in limine, to have the jury instructed as to the aforementioned inference or other such relief as may be appropriate at trial.

Dated: 08/23/2002

*Judith A. Ford* (facsimile)
Judge Judith Ford

---

Order