
K00474

## KAISER PERMANENTE

**VISIT VERIFICATION/FA...** / LEAVE Health Care Provider Certification

*Attention Margie*

**Patient Name:** Darosa, Fernando
**Identification:** 04295026

(This section must be compl... and determined by treating provider only)
THE ABOVE NAMED PERSON...
- ☐ NO, does not have a "Ser... 
- ☐ YES, has a "Serious Heal... Health Condition" (see reverse for further information) OR
  1. ☐ Hospital care ...dition", as defined below (check one):
  2. ☐ Absence plus treatm... ☐ Chronic condition requiring treatment
  3. ☐ Pregnancy ☐ Is currently incapacitated
              ☐ Is not currently incapacitated
☐ Has a "Serious Health Co... ...condition requiring supervision ☐ Multiple treatments (non-chronic condition)
...and requires a family member to take time off from work to provide basic medical, personal or safety needs, transportation, or
psychological comfort. ...probable frequency and duration of this need is _____

☐ Estimated date of Surgery / ...cedure/Delivery: _____
☐ Diagnosis (Complete on ... ...nt request only): _____

**THE ABOVE NAMED P... ...ON:**
☑ Was seen at this offi... on: **7/29/05**     ☐ Has been given telephone advice on: _____
☐ Has been ill and una... to attend work/school/physical education **7/29/05** through **9/1/05**
☐ States he/she has b... ...ill and unable to attend work/school/physical education _____ through _____ OR
☐ Can return to full d... ...with NO RESTRICTIONS on _____ and continuing to _____
☐ Can participate in ... m...dified work program starting _____
  (Please note: If mo... ...d work is not available, this patient is then unable to work for this time period.)
☐ Restrictions: _____ hours per day _____ hours per week

**BASED ON AN 8-HOU... ...AY EMPLOYEE CAN:**
- stand/walk  ___ minutes per hour  ___ total hours  ☐ no restrictions
- sit  ___ minutes per hour  ___ total hours  ☐ no restrictions
- drive  ___ minutes per hour  ___ total hours  ☐ no restrictions

**LIFT/CARRY** (Occasio... ...l = up to 1/3 workday; Frequently = up to 2/3 workday):
- 0-10 lbs.  ☐ not at all  ☐ occasionally  ☐ frequently  ☐ no restrictions
- 11-25 lbs.  ☐ not at all  ☐ occasionally  ☐ frequently  ☐ no restrictions
- 26-40 lbs.  ☐ not at all  ☐ occasionally  ☐ frequently  ☐ no restrictions

Can lift/carry up t... _____ lbs.

**EMPLOYEE IS ABLE T...**
- bend  ☐ not at all  ☐ occasionally  ☐ frequently  ☐ no restrictions
- squat  ☐ not at all  ☐ occasionally  ☐ frequently  ☐ no restrictions
- kneel  ☐ not at all  ☐ occasionally  ☐ frequently  ☐ no restrictions
- climb  ☐ not at all  ☐ occasionally  ☐ frequently  ☐ no restrictions
- reach above shoul...  ☐ not at all  ☐ occasionally  ☐ frequently  ☐ no restrictions
- perform repetitive ... ...motions  ☐ not at all  ☐ occasionally  ☐ frequently  ☐ no restrictions

**ASSISTIVE DEVICE:** ? ...g., cast, brace, crutches): _____
**RESTRICTIONS:** _____

**OTHER:** _____

**TREATMENT PLAN:** _____

☐ Medication effects w... ...ch could impair performance: _____

☐ Physical therapy ... ...ired. Frequency: _____

NOTE: If patient is Industrial, physician signature is REQUIRED.

**SIGNATURE AND TITLE:** [signature]     **DATE:** 7/29/05
**NAME (PRINT):** F. S...N, MD     **LOCATION/ADDRESS:** ACM     **PHONE:** B2-6529

66082 (REV 2-03)     DISTRIBUTION: WHITE - CHART • PINK & CANARY - PATIENT

K00475

**KAISER PERMANENTE.**

**VISIT VERIFICATION/FAMILY LEAVE Health Care Provider Certification**

Patient Name
Identification

04245026

IMPRINT AREA

**THE ABOVE NAMED PERSON:**

- ☑ Was seen at this office on: 8/29/05    ☐ Has been given telephone advice on: _____
- ☑ Has been ill and unable to attend work/school/physical education 8/29/05 through 9/5/05
- ☐ States he/she has been ill and unable to attend work/school/physical education _____ through _____
- ☐ Can return to full duties with NO RESTRICTIONS on 9/6/05 _____ **OR**
- ☐ Can participate in a modified work program starting _____ and continuing to _____
  (Please note: If modified work is not available, this patient is then unable to work for this time period.)
- ☐ Restrictions: _____ hours per day _____ hours per week

**BASED ON AN 8-HOUR DAY EMPLOYEE CAN:**

| | minutes per hour | total hours | no restrictions |
|---|---|---|---|
| stand/walk | _____ | _____ | ☐ |
| sit | _____ | _____ | ☐ |
| drive | _____ | _____ | ☐ |

**LIFT/CARRY** (Occasionally = up to 1/3 workday. Frequently = up to 2/3 workday):

| | not at all | occasionally | frequently | no restrictions |
|---|---|---|---|---|
| 0-10 lbs. | ☐ | ☐ | ☐ | ☐ |
| 11-25 lbs. | ☐ | ☐ | ☐ | ☐ |
| 26-40 lbs. | ☐ | ☐ | ☐ | ☐ |

Can lift/carry up to _____ lbs.

**EMPLOYEE IS ABLE TO:**

| | not at all | occasionally | frequently | no restrictions |
|---|---|---|---|---|
| bend | ☐ | ☐ | ☐ | ☐ |
| squat | ☐ | ☐ | ☐ | ☐ |
| kneel | ☐ | ☐ | ☐ | ☐ |
| climb | ☐ | ☐ | ☐ | ☐ |
| reach above shoulders | ☐ | ☐ | ☐ | ☐ |
| perform repetitive hand motions | ☐ | ☐ | ☐ | ☐ |

ASSISTIVE DEVICES? (e.g., cast, brace, crutches) _____

RESTRICTIONS: _____

OTHER: _____

TREATMENT PLAN: _____

☐ Medication effects which could impair performance: _____

☐ Physical therapy required. Frequency: _____

NOTE: If patient is **industrial, physician** signature is **REQUIRED.**

SIGNATURE AND TITLE: _____     DATE: 8/29/05
NAME (PRINT): _____   LOCATION/ADDRESS: ALAMEDA   K00476   PHONE: _____