10



K00485

## KAISER PERMANENTE®

**VISIT VERIFICATION/FAMILY LEAVE Health Care Provider Certification**
(This section must be completed and determined by treating provider only)

**Patient Name Identification**

04295026

IMPRINT AREA

**THE ABOVE NAMED PERSON:**
☐ NO, does not have a "Serious Health Condition" (see reverse for further information) OR
☐ YES, has a "Serious Health Condition" as defined below (check one):
  1. ☐ Hospital care       4. ☐ Chronic condition requiring treatment
  2. ☐ Absence plus treatment   ☐ Is currently incapacitated
  3. ☐ Pregnancy          ☐ Is not currently incapacitated
  5. ☐ Permanent/long-term condition requiring supervision   6. ☐ Multiple treatments (non-chronic condition)

☐ Has a "Serious Health Condition" and requires a family member to take time off from work to provide basic medical, personal or safety needs, transportation, or psychological comfort. The probable frequency and duration of this need is _____

☐ Estimated date of Surgery/Procedure/Delivery: _____

☐ Diagnosis (Complete on patient request only): _____

**THE ABOVE NAMED PERSON:**
☒ Was seen at this office on: 1/24/06     ☐ Has been given telephone advice on: _____
☒ Has been ill and unable to attend work/school/physical education 1/25/06 through 3/25/06
☐ States he/she has been ill and unable to attend work/school/physical education _____ through _____
☐ Can return to full duties with NO RESTRICTIONS on: _____ OR
☐ Can participate in a modified work program starting _____ and continuing to _____
   (Please note: If modified work is not available, this patient is then unable to work for this time period.)
☐ Restrictions: _____ hours per day _____ hours per week

**BASED ON AN 8-HOUR DAY EMPLOYEE CAN:**
stand/walk _____ minutes per hour _____ total hours ☐ no restrictions
sit _____ minutes per hour _____ total hours ☐ no restrictions
drive _____ minutes per hour _____ total hours ☐ no restrictions

**LIFT/CARRY** (Occasionally = up to ⅓ workday; Frequently = up to ⅔ workday):
0-10 lbs.    ☐ not at all   ☐ occasionally  ☐ frequently  ☐ no restrictions
11-25 lbs.   ☐ not at all   ☐ occasionally  ☐ frequently  ☐ no restrictions
26-40 lbs.   ☐ not at all   ☐ occasionally  ☐ frequently  ☐ no restrictions

Can lift/carry up to _____ lbs.

**EMPLOYEE IS ABLE TO:**
bend _____     ☐ not at all  ☐ occasionally  ☐ _____  ☐ _____
squat
kneel
climb
reach above shoulders
perform repetitive hand

**ASSISTIVE DEVICES?** _____
**RESTRICTIONS:** _____

Margie,
This was attached to a mbr concern.
Josephine

**OTHER:** _____

**TREATMENT PLAN:** _____

☐ Medication effects which _____

☐ Physical therapy required

NOTE: If patient is Industrial, physician signature is REQUIRED.

SIGNATURE AND TITLE _____    DATE 1/24/0_
NAME (PRINT) EDSTON MD   LOCATION/ADDRESS OAK   K00486   PHONE 32-650_

9998? (REV.2-03)   DISTRIBUTION: WHITE = CHART • PINK & CANARY = PATIENT

**KAISER PERMANENTE®**

**VISIT VERIFICATION/FAMILY LEAVE Health Care Provider Certification**
(This section must be completed and determined by treating provider only)

Patient Name Identification: 0429502G

**THE ABOVE NAMED PERSON:**
☐ NO, does not have a "Serious Health Condition" (see reverse for further information) OR
☐ YES, has a "Serious Health Condition" as defined below (check one):
1. ☐ Hospital care     4. ☐ Chronic condition requiring treatment
2. ☐ Absence plus treatment   ☐ is currently incapacitated
3. ☐ Pregnancy    ☐ is not currently incapacitated
                5. ☐ Permanent/long-term condition requiring supervision   6. ☐ Multiple treatments (non-chronic condition)

☐ Has a "Serious Health Condition" and requires a family member to take time off from work to provide basic medical, personal or safety needs, transportation, or psychological comfort. The probable frequency and duration of this need is _____

☐ Estimated date of Surgery/Procedure/Delivery: _____

☐ Diagnosis (Complete on patient request only): _____

**THE ABOVE NAMED PERSON:**
☑ Was seen at this office on: 1/24/06   ☐ Has been given telephone advice on: _____
☑ Has been ill and unable to attend work/school/physical education 1/25/06 through 3/25/06
☐ States he/she has been ill and unable to attend work/school/physical education _____ through _____
☐ Can return to full duties with NO RESTRICTIONS on _____ OR
☐ Can participate in a modified work program starting _____ and continuing to _____
(Please note: if modified work is not available, this patient is then unable to work for this time period.)
☐ Restrictions: _____ hours per day _____ hours per week

**BASED ON AN 8-HOUR DAY EMPLOYEE CAN:**

| | minutes per hour | total hours | no restrictions |
|---|---|---|---|
| stand/walk | | | ☐ |
| sit | | | ☐ |
| drive | | | ☐ |

**LIFT/CARRY** (Occasionally = up to 1/3 workday; Frequently = up to 2/3 workday):

| | not at all | occasionally | frequently | no restrictions |
|---|---|---|---|---|
| 0-10 lbs. | ☐ | ☐ | ☐ | ☐ |
| 11-25 lbs. | ☐ | ☐ | ☐ | ☑ |
| 26-40 lbs. | ☐ | ☐ | ☐ | ☐ |

Can lift/carry up to _____ lbs.

**EMPLOYEE IS ABLE TO:**

| | not at all | occasionally | frequently | no restrictions |
|---|---|---|---|---|
| bend | ☐ | ☐ | ☐ | ☐ |
| squat | ☐ | ☐ | ☐ | ☐ |
| kneel | ☐ | ☐ | ☐ | ☐ |
| climb | ☐ | ☐ | ☐ | ☐ |
| reach above shoulders | ☐ | ☐ | ☐ | ☐ |
| perform repetitive hand motions | ☐ | ☐ | ☐ | ☐ |

ASSISTIVE DEVICES? (e.g. cast, brace, crutches): _____
RESTRICTIONS: _____

OTHER: _____

TREATMENT PLAN: _____

☐ Medication effects which could impair performance: _____

☐ Physical therapy required. Frequency: _____

**NOTE: If patient is Industrial, physician signature is REQUIRED.**

SIGNATURE AND TITLE: _____ DATE: 1/24/0_
NAME (PRINT): F. DUSTIN, MD   LOCATION/ADDRESS: OAK   K00487   PHONE: _____

98082 (REV.2-03)   DISTRIBUTION: WHITE = CHART • PINK & CANARY = PATIENT