| Case | Notes | Case History | Related Cases | Interested Parties | Employee Records |

**Case** 12622823  **Employee ID** 00399489  **Name** Darosa, Ferna...  **Status** Closed - Res...  03/07/2008 12:23:18PM PST  **Summary** This case has been migrated from KHRMIT    My Time Zone

☐ Secured    ☐ Anonymous Employee

### Employee Information

### Problem Information

*Summary: This case has been migrated from KHRMIT
Description:

Case Type:
Quick Code:                             Trans Eff Date:
Specialty Type:                         Category: Benefits
                                        Detail:
*Priority: 1 - Immediately              Severity: One Affected
*Case Status: Closed - Resolved         Source: Agent
Provider Group: LOA                     Assigned To: (Legacy)Landry, Carm

### Resolution Information

Resolution Status:   Successful Resolution
Resolution Summary:  Case Closed                       [Resolution Failed]
Resolution Details:  Case Resolved

☐ Resolved by First Contact

**Solutions Considered for this Case**

| Select | Solution ID | Summary | *Resolution Status | Date Modified |
|---|---|---|---|---|
| ☐ | 44035251 | Case Closed | Successful Resolution | 10/20/2004 8:20:05AM PDT |

☑ Select All    ☐ Clear All
Email Selected Solution(s)

### Action Information
No Link Actions have been taken for this case.

HRMS:      Personal Data      Go
Benefits:  Vacation Plans     Go
Payroll:   Paycheck - US      Go

Δπ EXHIBIT 13
Deponent G. Kato
Date 8/27/08  Rptr 19
WWW.DEPOBOOK.COM

Created: 06/28/2004 10:04AM PDT (Legacy)Mohamed, Tajo
Last Modified: 10/20/2004 8:20AM PDT (Legacy)Mohamed
Closed:        10/20/2004 8:20AM PDT (Legacy)Mohamed

K00638

| Case | Notes | Case History | Related Cases | Interested Parties | Employee Records |

| Case | Employee ID | Name | Status | | 03/07/2008 12:23:47PM PST | My Time Zone |
|---|---|---|---|---|---|---|
| 12622823 | 00399489 | Darosa, Ferna... | Closed - Res... | | Summary | |
| | | | | | This case has been migrated from KHRMIT | |

### Notes

Added:

Find | View All    First    1 of 1    Last

*Summary:

Details:

*Visibility: Internal    Note Contact:

Note Type:

Origin:

[Add Note]

There are no fulfillment request associated with this case.

[Refresh Log]

[Save]

Case | Notes | Case History | Related Cases | Interested Parties | Employee Records

K00639

| Case | Employee ID | Name | Status | 03/07/2008 12:24:07PM PST | My Time Zone |
|---|---|---|---|---|---|
| 12622823 | 00399489 | Darosa, Ferna... | Closed - Res... | Summary: This case has been migrated from KHRMIT | |

Events    Interactions    Audit

### Event History

Customize | Find | View All | First 1-10 of 24 Last

| Date | Action Taken | Details | Visibility | Changed By |
|---|---|---|---|---|
| 07/12/2004 10:49AM PDT | based on hqe$71.28 daily | User Activity | All | Dennie, Nicol |
| 07/12/2004 10:49AM PDT | holiday, 5 ucd days and repay$130.88 and 80 hrs code 975 | User Activity | All | Dennie, Nicol |
| 07/12/2004 10:49AM PDT | advised linda @ 8-492-7908 to code ppe 07/10/04: 72 esl, 8 | User Activity | All | Dennie, Nicol |
| 08/09/2004 11:02AM PDT | ppe 8/7 adv 64 reg/16 esl; ldw 8/4, hosp 8/5, unsure of rtw stat | User Activity | All | Washington, Judith |
| 08/09/2004 11:01AM PDT | rcvd cll frm linda huie, sec, tie 8-492-7908; inq abt t/c for | User Activity | All | Washington, Judith |
| 07/28/2004 2:16PM PDT | Document 97234219, N215-FMLA APPLICATION was copied from work it | Document copy source | All | Powell, Rebecca |
| 07/28/2004 2:16PM PDT | Document 97183814, N215-FMLA APPLICATION was copied from work it | Document copy source | All | Powell, Rebecca |
| 07/26/2004 11:44AM PDT | Document 97234221, N216-VOT was copied from work item 12759282 | Document copy source | All | Guevarra, Luzel G |
| 07/26/2004 11:43AM PDT | Document 97234218, N222-NOTIF. OF TIME OFF was copied from work | Document copy source | All | Guevarra, Luzel G |
| 07/26/2004 11:42AM PDT | Document 97183816, N216-VOT was copied from work item 12749029 | Document copy source | All | Guevarra, Luzel G |

Save

Case | Notes | Case History | Related Cases | Interested Parties | Employee Records

K00640

🖫 360 🖃 ✋ Q 🖹 🗐 🗗 🖅 🖳

03/07/2008 1:00:05PM PST  My Time Zone

| Case | Employee ID | Name | Status | Summary |
| --- | --- | --- | --- | --- |
| 13575608 | 00399489 | Darosa,Ferna... | Closed - Res... | This case has been migrated from KHRMIT |

☐ Secured    ☐ Anonymous Employee

▷ **Employee Information**

▽ **Problem Information**

*Summary: This case has been migrated from KHRMIT
Description:

| Case Type: | | Trans Eff Date: | |
| --- | --- | --- | --- |
| Quick Code: | | Category: | HR |
| Specialty Type: | | Detail: | |
| *Priority: | 1 - Immediately | Severity: | One Affected |
| *Case Status: | Closed - Resolved | Source: | Agent |
| Provider Group: | Pay Data | Assigned To: | Jones,Lakeisha |

▽ **Resolution Information**

Resolution Status:    Successful Resolution
Resolution Summary:   Case Closed            [ Resolution Failed ]
Resolution Details:   Case Resolved

☒ Resolved by First Contact

**Solutions Considered for this Case**    Customize | Find | View All    First 1 of 1 Last

| Select | Solution ID | Summary | *Resolution Status | Date Modified |
| --- | --- | --- | --- | --- |
| ☐ | 44381988 | Case Closed | Successful Resolution | 11/30/2004 3:47:03PM PST |

☑ Select All    ☐ Clear All
[ Email Selected Solution(s) ]

▽ **Action Information**
No Link Actions have been taken for this case.

| HRMS: | Personal Data | [ Go ] |
| --- | --- | --- |
| Benefits: | Vacation Plans | [ Go ] |
| Payroll: | Paycheck - US | [ Go ] |

Created:    11/30/2004 3:46PM PST  Jones,Lakeisha       Last Modified: 11/30/2004 3:47PM PST Jones,Lakeisha
                                                        Closed:        11/30/2004 3:47PM PST Jones,Lakeisha

K00641



There are no fulfillment request associated with this case.

Refresh Log

Save

Case | Notes | Case History | Related Cases | Interested Parties | Employee Records

K00642

| Case | Notes | Case History | Related Cases | Interested Parties | Employee Records |

03/07/2008 1:00:42PM PST — My Time Zone

| Case | Employee ID | Name | Status | Summary |
|---|---|---|---|---|
| 13575608 | 00399489 | Darosa,Ferna... | Closed - Res... | This case has been migrated from KHRMIT |

Events    Interactions    Audit

### Event History

Customize | Find | View All    First 1-4 of 4 Last

| Date | Action Taken | Details | Visibility | Changed By |
|---|---|---|---|---|
| 11/30/2004 3:47PM PST | Work Item completed. | Work Item completed | All | Jones-Hooker,Lakeisha |
| 11/30/2004 3:46PM PST | FOR 11/13/04. PROC'D ADJ TO CREDIT DIFFERENCE OFR +1.34 | User Activity | All | Jones-Hooker,Lakeisha |
| 11/30/2004 3:46PM PST | ERROR REPORT; SYSTEM DID NOT GIVE FULL PTO ACCRUAL | User Activity | All | Jones-Hooker,Lakeisha |
| 11/30/2004 3:46PM PST | Work Item created manually. | Work Item created ma | All | Jones-Hooker,Lakeisha |

Save

Case | Notes | Case History | Related Cases | Interested Parties | Employee Records

K00643

| Case | Notes | Case History | Related Cases | Interested Parties | Employee Records |

03/07/2008 1:01:09PM PST  My Time Zone

| Case | Employee ID | Name | Status | Summary |
|---|---|---|---|---|
| 13579549 | 00399489 | Darosa,Ferna... | Closed - Res... | This case has been migrated from KHRMIT |

☐ Secured   ☐ Anonymous Employee

▷ **Employee Information**

▽ **Problem Information**

*Summary: This case has been migrated from KHRMIT
Description:

Case Type:
Quick Code:
Specialty Type:
*Priority: 1 - Immediately
*Case Status: Closed - Resolved
Provider Group: Pay Data

Trans Eff Date:
Category: HR
Detail:
Severity: One Affected
Source: Agent
Assigned To: (Legacy)Elliott,Michell

▽ **Resolution Information**

Resolution Status: Successful Resolution
Resolution Summary: Case Closed
Resolution Details: Case Resolved

[ Resolution Failed ]

☐ Resolved by First Contact

**Solutions Considered for this Case**

| Select | Solution ID | Summary | *Resolution Status | Date Modified |
|---|---|---|---|---|
| ☐ | 44383739 | Case Closed | Successful Resolution | 12/01/2004 9:29:45AM PST |

Customize | Find | View All   First 1 of 1 Last

☑ Select All   ☐ Clear All
[ Email Selected Solution(s) ]

▽ **Action Information**

No Link Actions have been taken for this case.

HRMS: Personal Data    [Go]
Benefits: Vacation Plans  [Go]
Payroll: Paycheck - US   [Go]

Created: 12/01/2004 9:29AM PST (Legacy)Elliott,Michelle J
Last Modified: 12/01/2004 9:29AM PST (Legacy)Elliott,Mic
Closed: 12/01/2004 9:29AM PST (Legacy)Elliott,Mic

K00644

| Case | Notes | Case History | Related Cases | Interested Parties | Employee Records |

**Case**: 13579549
**Employee ID**: 00399489
**Name**: Darosa, Ferna...
**Status**: Closed - Res...
**Summary**: This case has been migrated from KHRMIT

03/07/2008 1:01:18PM PST — My Time Zone

## Notes

Added:

Find | View All    First    1 of 1    Last

*Summary:
Details:
*Visibility: Internal
Note Contact:
Note Type:
Origin:

[Add Note]

There are no fulfillment request associated with this case.

[Refresh Log]

[Save]

Case | Notes | Case History | Related Cases | Interested Parties | Employee Records

K00645

| Case | Notes | Case History | Related Cases | Interested Parties | Employee Records |

03/07/2008 1:01:27PM PST    My Time Zone

| Case | Employee ID | Name | Status | Summary |
|---|---|---|---|---|
| 13579549 | 00399489 | Darosa, Ferna... | Closed - Res... | This case has been migrated from KHRMIT |

Events    Interactions    Audit

### Event History

Customize | Find | View All | First 1-3 of 3 Last

| Date | Action Taken | Details | Visibility | Changed By |
|---|---|---|---|---|
| 12/01/2004 9:29AM PST | Work Item completed. | Work Item completed | All | Elliott, Michelle |
| 12/01/2004 9:29AM PST | PROCESSED STOP EFFECTIVE 11/14/04. AUTO FILED PAPERWORK | User Activity | All | Elliott, Michelle |
| 12/01/2004 9:29AM PST | Work Item created manually. | Work Item created ma | All | Elliott, Michelle |

Save

Case | Notes | Case History | Related Cases | Interested Parties | Employee Records

K00646

03/07/2008 1:01:49PM PST    My Time Zone

| Case | Employee ID | Name | Status | Summary |
|---|---|---|---|---|
| 13902538 | 00399489 | Darosa,Ferna... | Closed - Res... | This case has been migrated from KHRMIT |

☐ Secured    ☐ Anonymous Employee

▽ Employee Information

▽ Problem Information

*Summary: This case has been migrated from KHRMIT
Description:

Case Type:
Quick Code:
Specialty Type:
*Priority: 1 - Immediately
*Case Status: Closed - Resolved
Provider Group: Enrollment

Trans Eff Date:
Category: Benefits
Detail:
Severity: One Affected
Source: Agent
Assigned To: Del Rosario,Victoria

▽ Resolution Information

Resolution Status:     Successful Resolution
Resolution Summary:    Case Closed
Resolution Details:    Case Resolved

[Resolution Failed]

☐ Resolved by First Contact

**Solutions Considered for this Case**

| Select | Solution ID | Summary | *Resolution Status | Date Modified |
|---|---|---|---|---|
| ☐ | 44516751 | Case Closed | Successful Resolution | 01/18/2005 2:51:29PM PST |

☑ Select All    ☐ Clear All
[Email Selected Solution(s)]

▽ Action Information
No Link Actions have been taken for this case.

HRMS:      Personal Data      [Go]
Benefits:  Vacation Plans     [Go]
Payroll:   Paycheck - US      [Go]

Created:   01/18/2005 2:51PM PST        Last Modified: 01/18/2005 2:51PM PST
                                        Closed:        01/18/2005 2:51PM PST

K00647

| Case | Notes | Case History | Related Cases | Interested Parties | Employee Records |

360

03/07/2008 1:01:56PM PST   My Time Zone

| Case | Employee ID | Name | Status | Summary |
|---|---|---|---|---|
| 13902538 | 00399489 | Darosa,Ferna... | Closed - Res... | This case has been migrated from KHRMIT |

**Notes**                                                                Find | View All    First  1 of 1  Last

Added:

*Summary:

Details:

*Visibility: Internal          Note Contact:
Note Type:
Origin:

Add Note

There are no fulfillment request associated with this case.

Refresh Log

Save

Case | Notes | Case History | Related Cases | Interested Parties | Employee Records

K00648

| Case | Notes | **Case History** | Related Cases | Interested Parties | Employee Records |

03/07/2008 1:02:02PM PST  My Time Zone

| Case | Employee ID | Name | Status | Summary |
|---|---|---|---|---|
| 13902538 | 00399489 | Darosa,Ferna... | Closed - Res... | This case has been migrated from KHRMIT |

Events    Interactions    Audit

### Event History

Customize | Find | View All | First  1-3 of 3  Last

| Date | Action Taken | Details | Visibility | Changed By |
|---|---|---|---|---|
| 01/18/2005 2:51PM PST | Work Item completed. | Work Item completed | All | |
| 01/18/2005 2:51PM PST | enrolled ee in Plan 2 & 3 eff 9/13/04. retro memo to payroll | User Activity | All | |
| 01/18/2005 2:51PM PST | Work Item created manually. | Work Item created ma | All | |

[Save]

Case | Notes | Case History | Related Cases | Interested Parties | Employee Records

| Case | Notes | Case History | Related Cases | Interested Parties | Employee Records |

03/07/2008 1:03:31PM PST   My Time Zone

| Case | Employee ID | Name | Status | Summary |
|---|---|---|---|---|
| 15874838 | 00399489 | Darosa,Ferna... | Closed - Res... | This case has been migrated from KHRMIT |

☐ Secured   ☐ Anonymous Employee

▷ **Employee Information**

▽ **Problem Information**

*Summary: This case has been migrated from KHRMIT
Description:

| Case Type: | | Trans Eff Date: | |
|---|---|---|---|
| Quick Code: | | Category: | HR |
| Specialty Type: | | Detail: | |
| *Priority: | 1 - Immediately | Severity: | One Affected |
| *Case Status: | Closed - Resolved | Source: | Agent |
| Provider Group: | Term | Assigned To: | Phillips,Zina |

▽ **Resolution Information**

Resolution Status:    Successful Resolution              [Resolution Failed]
Resolution Summary:   Case Closed
Resolution Details:   Case Resolved

☐ Resolved by First Contact

| Solutions Considered for this Case | | | Customize \| Find \| View All | First 1 of 1 Last |
|---|---|---|---|---|
| Select | Solution ID | Summary | *Resolution Status | Date Modified |
| ☐ | 45395678 | Case Closed | Successful Resolution | 01/30/2006 10:36:16AM PST |

☑ Select All   ☐ Clear All
[Email Selected Solution(s)]

▽ **Action Information**
No Link Actions have been taken for this case.

| HRMS: | Personal Data | Go |
| Benefits: | Vacation Plans | Go |
| Payroll: | Paycheck - US | Go |

Created: 01/27/2006 4:14PM PST Phillips,Zina   Last Modified: 01/30/2006 10:36AM PST Phillips,Zina
                                                Closed: 01/30/2006 10:36AM PST Phillips,Zina

K00650

HR HelpDesk



There are no fulfillment request associated with this case.

Refresh Log

Save

Case | Notes | Case History | Related Cases | Interested Parties | Employee Records

K00651

03/07/2008 1:03:42PM PST  My Time Zone

| Case | Employee ID | Name | Status | Summary |
|---|---|---|---|---|
| 15874838 | 00399489 | Darosa,Ferna... | Closed - Res... | This case has been migrated from KHRMIT |

Events    Interactions    Audit

### Event History

Customize | Find | View All    First 1-8 of 8 Last

| Date | Action Taken | Details | Visibility | Changed By |
|---|---|---|---|---|
| 01/30/2006 10:36AM PST | Work Item completed. | Work Item completed | All | Phillips,Zina |
| 01/30/2006 10:36AM PST | Payout; final timecard hrs/PTO earned 15.05/PTO accrued 4.62 | User Activity | All | Phillips,Zina |
| 01/30/2006 10:35AM PST | Processed term, mailed term ltr, faxed UITR, faxed payout. | User Activity | All | Phillips,Zina |
| 01/27/2006 4:15PM PST | Pend Event Set. | Pend Event Set | All | Phillips,Zina |
| 01/27/2006 4:15PM PST | fax to 8499-3148 attrn; Zina | User Activity | All | Phillips,Zina |
| 01/27/2006 4:15PM PST | and UITR term dt to reflect last day worked on timecard 1/24/06 | User Activity | All | Phillips,Zina |
| 01/27/2006 4:14PM PST | Urgent fax recv'd, left mess for mgr to revise PAR effective dt | User Activity | All | Phillips,Zina |
| 01/27/2006 4:14PM PST | Work Item created manually. | Work Item created ma | All | Phillips,Zina |

Save

Case | Notes | Case History | Related Cases | Interested Parties | Employee Records

| Case | Notes | Case History | Related Cases | Interested Parties | Employee Records |
|---|---|---|---|---|---|

03/07/2008 1:04:06PM PST   My Time Zone

| Case | Employee ID | Name | Status | Summary |
|---|---|---|---|---|
| 16951549 | 00399489 | Darosa,Ferna... | Closed - Res... | This case has been migrated from KHRMIT |

☐ Secured     ☐ Anonymous Employee

### ▷ Employee Information

### ▽ Problem Information

**Summary:** This case has been migrated from KHRMIT
**Description:**

| | | | |
|---|---|---|---|
| Case Type: | | Trans Eff Date: | |
| Quick Code: | | Category: | Fulfillment |
| Specialty Type: | | Detail: | |
| *Priority: | 1 - Immediately | Severity: | One Affected |
| *Case Status: | Closed - Resolved | Source: | Agent |
| Provider Group: | Fulfillment - Files | Assigned To: | Penning,Donna M. |

### ▽ Resolution Information

**Resolution Status:** Successful Resolution     [Resolution Failed]
**Resolution Summary:** Case Closed
**Resolution Details:** Case Resolved

☐ Resolved by First Contact

**Solutions Considered for this Case**    Customize | Find | View All    First 1 of 1 Last

| Select | Solution ID | Summary | *Resolution Status | Date Modified |
|---|---|---|---|---|
| ☐ | 46072387 | Case Closed | Successful Resolution | 09/29/2006 1:01:13PM PDT |

☑ Select All    ☐ Clear All

[Email Selected Solution(s)]

### ▽ Action Information

No Link Actions have been taken for this case.

**HRMS:** Personal Data [Go]
**Benefits:** Vacation Plans [Go]
**Payroll:** Paycheck - US [Go]

**Created:** 09/29/2006 1:00PM PDT Penning,Donna M.     **Last Modified:** 09/29/2006 1:01PM PDT Penning,Donna M
                                                                            **Closed:** 09/29/2006 1:01PM PDT Penning,Donna M

K00653



There are no fulfillment request associated with this case.

Refresh Log

Save

Case | Notes | Case History | Related Cases | Interested Parties | Employee Records

K00654

| Case | Notes | Case History | Related Cases | Interested Parties | Employee Records |

03/07/2008 1:04:18PM PST   My Time Zone

| Case | Employee ID | Name | Status | Summary |
|---|---|---|---|---|
| 16951549 | 00399489 | Darosa,Ferna... | Closed - Res... | This case has been migrated from KHRMIT |

Events   Interactions   Audit

### Event History

Customize | Find | View All   First 1-4 of 4 Last

| Date | Action Taken | Details | Visibility | Changed By |
|---|---|---|---|---|
| 09/29/2006 1:01PM PDT | Work Item completed. | Work Item completed | All | Penning,Donna M. |
| 09/29/2006 1:01PM PDT | WB# 18085695854 | User Activity | All | Penning,Donna M. |
| 09/29/2006 1:00PM PDT | DHL Next Day Air, e-file to Gail Kato, HRC. | User Activity | All | Penning,Donna M. |
| 09/29/2006 1:00PM PDT | Work Item created manually. | Work Item created ma | All | Penning,Donna M. |

Save

Case | Notes | Case History | Related Cases | Interested Parties | Employee Records

K00655