JEREMY L. FRIEDMAN, CA Bar No. 142659
Attorney At Law
2801 Sylhowe Road
Oakland, CA 94602
Telephone: (510) 530-9060
Facsimile: (510) 530-9087
jlfried@comcast.net

CHRISTOPHER J. KELLER, CA Bar No. 178491
Keller Law, PC
595 Market Street, Suite 2360
San Francisco, CA 94105
Telephone: (415) 794-5308
Facsimile: (415) 974-6433
ckeller@kellerlawpc.com

Attorneys for plaintiff Fernando daRosa

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO DAROSA,<br><br>    Plaintiff,<br><br>vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.<br><br>    Defendant.<br>_____ | Case No. 3:07-cv-03114-SI<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* MOTION FOR LEAVE TO FILE REPLY BRIEF ONE DAY LATE** |

Pursuant to the *ex parte* motion of plaintiff Fernando daRosa, and for good cause showing, plaintiff is hereby granted leave to file his reply brief in support of his motion for partial summary judgment one day late.

IT IS SO ORDERED

Dated: October __, 2008        _____
                               Susan Illston
                               United States District Court Judge