BERNSTEIN LITOWITZ BERGER
   &amp; GROSSMANN LLP
DAVID R. STICKNEY  (Bar No. 188574)
MATTHEW P. SIBEN  (Bar No. 223279)
TAKEO A. KELLAR  (Bar No. 234470)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:   (858) 793-0323
davids@blbglaw.com
matthews@blbglaw.com
takeok@blbglaw.com
     -and-
CHAD JOHNSON
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel:    (212) 554-1400
Fax:   (212) 554-1444
chad@blbglaw.com

Attorneys for Lead Plaintiff Teachers' Retirement
System of Oklahoma and Lead Counsel to the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re CONNETICS SECURITIES LITIGATION | Case No. 07-CV-02940 SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR EXCHANGE OF INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)** |
|---|---|

WHEREAS, the parties have not yet exchanged their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1);

WHEREAS, Fed. R. Civ. P. 26(a)(1)(C) requires that "A party must make the initial disclosures at or within 14 days after the parties' Rule 26(f) conference unless a different time is set by stipulation or court order";

WHEREAS, the parties held a Rule 26(f) conference on October 10, 2008, currently making the initial disclosures due on October 24, 2008 pursuant to Fed. R. Civ. P. 26(a)(1)(C);

WHEREAS, the parties agree that additional time of one week is required to prepare the initial disclosures;

IT IS THEREFORE STIPULATED AND AGREED by Lead Plaintiff and Defendants, through their respective counsel of record that, subject to the Court's approval, the parties shall exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a) on or by October 31, 2008.

Dated: October 21, 2008         Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP

By:  /s/ Takeo A. Kellar

DAVID R. STICKNEY
MATTHEW P. SIBEN
TAKEO A. KELLAR
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:    (858) 793-0323

*Attorneys for Lead Plaintiff Teachers' Retirement System of Oklahoma and Lead Counsel to the Class*

Dated: October 21, 2008         FENWICK & WEST LLP

By:  /s/ Catherine Kevane

CATHERINE KEVANE
555 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE
FOR EXCHANGE OF INITIAL DISCLOSURES                                   --
Case No. 07-CV-02940 SI

*Attorneys for Defendants Connetics Corp., Thomas G. Wiggans, C. Gregory Vontz, John Higgins, and Lincoln Krochmal*

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Catherine Kevane.

*  *  *

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: _____ 2008

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

---

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE
FOR EXCHANGE OF INITIAL DISCLOSURES
Case No. 07-CV-02940 SI

--

# CERTIFICATE OF SERVICE

I, Kristina L. Sousek, do hereby certify that on this 21st day of October, 2008, a true and correct copy of the foregoing:

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR EXCHANGE OF INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)

was filed electronically. Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System. Attorneys not registered with the Court's ECF system will be duly and properly served via Federal Express or U.S. Mail (as indicated on the attached Service List), in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules.

I further declare that, pursuant to Civil L.R. 23-2, on this date I served copies of the above documents on the Securities Class Action Clearinghouse by electronic mail through the following electronic mail address provided by the Securities Class Action Clearinghouse:

jcarlos@law.stanford.edu

/s/ Kristina L. Sousek
Kristina L. Sousek

Service List
In re CONNETICS SECURITIES LITIGATION
Case No.: 07-02940

| **COUNSEL FOR CONSOLIDATED PLAINTIFF FISHBURY LIMITED** ||
|---|---|
| Jean-Marc Zimmerman<br>Eduard Korsinsky<br>Pamela Lynam Mahon<br>**ZIMMERMAN, LEVI<br>& KORSINSKY LLP**<br>39 Broadway, Suite 1601<br>New York, NY 10006<br>Tel: 212-363-7500<br>Fax: 212-363-7171<br>ek@zlk.com<br>jmzimmerman@zlk.com<br>pmahon@zlk.com<br><br>*Via ECF* | |
| **COUNSEL FOR CONSOLIDATED PLAINTIFF BRUCE GALLANT** ||
| Evan J. Smith<br>**BRODSKY & SMITH LLC**<br>240 Mineola Blvd.<br>Mineola, NY 11501<br>Tel: 516-741-4977<br><br>*Via U.S. Mail* | |
| **COUNSEL FOR CONSOLIDATED PLAINTIFF MARCUS A. SEIGLE** ||
| Catherine A. Torell<br>**COHEN MILSTEIN HAUSFELD &<br>TOLL P.L.L.C**<br>150 East 52nd Street<br>New York, NY 10022<br>Tel: 212-838-7797<br>Fax: 212-383-7745<br><br>*Via U.S. Mail* | |

| COUNSEL FOR DEFENDANTS CONNETICS CORPORATION, THOMAS G. WIGGANS, C. GREGORY VONTZ, JOHN HIGGINS, LINCOLN KROCHMAL, EUGENE A. BAUER, R. ANDREW ECKERT, CARL B. FELDBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, LEON E. PANETTA AND G. KIRK RAAB ||
|---|---|
| Susan S. Muck<br>Dean S. Kristy<br>Christopher J. Steskal<br>Kalama M. Lui-Kwan<br>Emily St. John Cohen<br>**FENWICK & WEST**<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Phone: 415-875-2300<br>Fax: 415-281-1350<br>smuck@fenwick.com<br>dkristy@fenwick.com<br>csteskal@fenwick.com<br>klui-kwan@fenwick.com<br>ecohen@fenwick.com<br><br>*Via ECF* | Gregory A. Markel<br>**CADWALADER, WICKERSHAM & TAFT LLP**<br>1 World Financial Center<br>New York, NY 10281<br>Tel: 212-504-6112<br>Fax: 212-504-6666<br>gregory.markel@cwt.com<br><br>*Via ECF* |
| **COUNSEL FOR DEFENDANT ALEXANDER J. YAROSHINSKY** ||
| James P. Duffy IV<br>**DLA PIPER US LLP**<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Tel: 212-335-4500<br>Fax: 212-504-6666<br>James.duffy@dlapiper.com<br><br>Alysson Russell Snow<br>**DLA PIPER US LLP**<br>401 B Street, Suite 1700<br>San Diego, CA 92101<br>Tel: 619-699-2858<br>Fax: 619-699-2701<br>Alysson.snow@dlapiper.com<br><br>*Via ECF* | |

| Defendant Victor E. Zak | |
|---|---|
| Victor E. Zak (*pro se*)<br>24 Oakmont Road<br>Newton, MA 02459<br>Tel: 617-610-2538<br>zakvic@yahoo.com<br><br>***Via FedEx*** | |

#26161/v5