SEYFARTH SHAW LLP
Dana L. Peterson (SBN 178499) dpeterson@seyfarth.com
Jonathan D. Martin (SBN 188744) jmartin@seyfarth.com
Andrew M. McNaught (SBN 209093) amcnaught@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
KAISER FOUNDATION HEALTH PLAN, INC.

JEREMY L. FRIEDMAN (SBN 142659)
Attorney at Law    (jlfried@comcast.net)
2801 Sylhowe Road
Oakland, California 94602
Telephone:    (510) 530-9060
Facsimile:    (510) 530-9087

KELLER LAW, PC
Christopher J. Keller (SBN 178491) ckeller@kellerlawpc.com
595 Market Street, Suite 2360
San Francisco, California  94105
Telephone:    (415) 357-2086
Facsimile:    (415) 974-6433

Attorneys for Plaintiff
FERNANDO DAROSA

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO DAROSA,<br><br>    Plaintiff,<br><br>  v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>    Defendant. | Case No. C07-03114 SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FILING DOCUMENTS UNDER SEAL** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, as follows:

Defendant is permitted to withdraw, without objection, the documents comprising Exhibit D to the Declaration of Andrew M. McNaught, filed on October 10, 2008 in support of Defendant's Opposition to Plaintiff's motion to compel discovery, to quash medical records

1
STIPULATION AND [PROPOSED] ORDER REGARDING FILING DOCUMENTS UNDER SEAL/ Case No. C07-03114 SI

1  subpoena, and for sanctions. Defendant will be permitted to re-file that Exhibit under seal,
2  without objection, because it contains confidential personnel information related to third-parties.
3      Defendant agrees not to object to the documents filed under seal by Plaintiff in
4  connection with his Reply in support of his motion for partial summary judgment on October 20,
5  2008. Those documents, pages from the transcript of the deposition of Frank Dustin, M.D., and
6  attached as Exhibit 23 to the Declaration of Jeremy Friedman, contain confidential medical
7  information, and will be deemed properly filed under seal pursuant to this stipulation and order.
8      Going forward from the date of this Order, the designation of Confidential documents
9  and evidence in this matter, and procedures related to filing such evidence under seal, will be
10 governed by the parties' proposed Stipulated Protective Order, filed on October 28, 2008.

11 DATED: 10/28/08, 2008

12                                   SEYFARTH SHAW LLP

13                                   By_____
                                         Andrew M. McNaught

14
15                                   Attorneys for Defendant
                                  KAISER FOUNDATION HEALTH PLAN, INC.

16 DATED: 10/28/08, 2008          JEREMY L. FRIEDMAN

17                                   By_____/S/_____
                                          Jeremy L. Friedman

18
19                                   Attorney for Plaintiff
                                  FERNANDO DAROSA

20
21                                   **ORDER**

22     IT IS SO ORDERED.
23
24 DATED: _____                                   
25                                   United States District Court Judge
26
27
28 SF1 28337231.1